FILED
DEC 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDALEEN DAIRY, LLC )
MALLORIE'S DAIRY, INC., and )
SMITH BROTHERS FARMS, INC

CASE NUMBER 1:05CV02442

JUDGE: Paul L. Friedman

--PLAINTIFFS,

DECK TYPE: TRO/Preliminary Injunction

VS.

DATE STAMP: 12/21/2005

MIKE JOHANNS, )
SECRETARY OF AGRICULTURE, )
UNITED STATES DEPARTMENT OF )
AGRICULTURE )
)
--DEFENDANT. )

This is to certify, in accordance with Local Rule 65.1, that a copy of the following documents were served on counsel for the Defendant before seeking a Temporary Restraining Order:

- Complaint
- Motion for a Temporary Restraining Order
- Memorandum in Support of a Temporary Restraining Order/Preliminary Injunction
- Declaration of Ronald Knutson
- Declaration of Teresa Kilgus (under seal)
- Declaration of Richard Mallorie (under seal)
- Declaration of Scott Highland (under seal)
- Declaration of Duane Brandsma (under seal)
- Declaration of Charles Flanagan (under seal)
- This Certification
- Motion For Leave to File Documents Under Seal
- Notice of Motion for Temporary Restraining Order

The aforementioned documents were served on James Gilligan, Department of Justice, 20 Massachusetts Ave, NW, Washington, D.C. by personal delivery at approximately 1:00 pm and on Sharlene Deskins of the USDA Office of General Counsel at approximately 1:30 pm on December 21, 2005.

Respectfully submitted,

*[signature]*

BENJAMIN F. YALE (DC Dist. Bar No. OH0008)
KRISTINE H. REED (DC Dist. Bar No. OH0007)
RYAN K. MILTNER (DC Dist. Bar No. OH0006)
Yale Law Office, LP
527 North Westminister St.
P.O. Box 100
Waynesfield, Ohio 45896
419-568-5751
Fax: 419-568-6413
Ben@yalelawoffice.com
ATTORNEYS FOR PLAINTIFFS