FILED CO-386-online 10/03

# United States District Court
# For the District of Columbia

DEC 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDALEEN DAIRY, LLC, et al., )
) CASE NUMBER 1:05CV02442
)
) JUDGE: Paul L. Friedman
Plaintiff )
vs ) DECK TYPE: TRO/Preliminary Injunction
MIKE JOHANNS, SECRETARY )
USDA ) DATE STAMP: 12/21/2005
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __SMITH BROTHERS FARMS, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __SMITH BROTHERS FARMS, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. Dist Bar OH 0008; Ohio 0024730
BAR IDENTIFICATION NO.

Benjamin F. Yale
Print Name

527 N. Westminster St, PO Box 100
Address

Waynesfield, OH  45896
City          State          Zip Code

(419) 568-5751
Phone Number

4