

FILED
DEC 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

EDALEEN DAIRY, LLC, et al.,           )
                                       )   CASE NUMBER  1:05CV02442
                                       )
                                       )   JUDGE: Paul L. Friedman
                 Plaintiff             )
        vs                             )   DECK TYPE: TRO/Preliminary Injunction
MIKE JOHANNS, SECRETARY                )
USDA                                   )   DATE STAMP: 12/21/2005
                                       )
                 Defendant             )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  EDALEEN DAIRY, LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  EDALEEN DAIRY, LLC  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. Dist Bar OH 0008; Ohio 0024730
BAR IDENTIFICATION NO.

Benjamin F. Yale
Print Name

527 N. Westminster St, PO Box 100
Address

Waynesfield, OH  45896
City            State         Zip Code

(419) 568-5751
Phone Number