CO-386-online
10/03

**FILED**

DEC 2 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court
## For the District of Columbia

EDALEEN DAIRY, LLC, et al., )
) CASE NUMBER 1:05CV02442
)
) JUDGE: Paul L. Friedman
       Plaintiff )
vs ) DECK TYPE: TRO/Preliminary Injunction
MIKE JOHANNS, SECRETARY )
USDA ) DATE STAMP: 12/21/2005
)
       Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __MALLORIE'S DAIRY, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __MALLORIE'S DAIRY, INC.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

D.C. Dist Bar OH 0008; Ohio 0024730      Benjamin F. Yale
BAR IDENTIFICATION NO.                    Print Name

527 N. Westminster St, PO Box 100
Address

Waynesfield, OH  45896
City            State         Zip Code

(419) 568-5751
Phone Number