UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 2 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EDALEEN DAIRY, LLC )
MALLORIE'S DAIRY, INC., and ) CASE NUMBER 1:05CV02442
SMITH BROTHERS FARMS, INC )
) JUDGE: Paul L. Friedman
--PLAINTIFFS, ) DECK TYPE: TRO/Preliminary Injunction
)
VS. ) DATE STAMP: 12/21/2005

MIKE JOHANNS, )
SECRETARY OF AGRICULTURE, )
UNITED STATES DEPARTMENT OF )
AGRICULTURE )
)
--DEFENDANT. )

### Plaintiffs' Motion For Leave to File Declarations Under Seal

In accordance with Local Rule 5.1(j), the Plaintiffs move for leave to file certain declarations under seal and that the following confidential documents be placed under seal: Declaration of Teresa Kilgus, Richard Mallorie, Charles Flanagan, Duane Brandsma, and Scott Highland (Declarations).

Specifically, the Plaintiffs request an order that, subject to any subsequent order of this Court, that

(1) These Declarations not be placed in the public files;
(2) These Declarations not be disclosed by the Plaintiffs or the Defendant to any other person or party;
(3) That any document quoting them, containing them in whole or in part or otherwise conveying the confidential information contained therein be submitted under seal subject to the order granting this motion and in accordance with the Local Rule regarding documents under seal;
(4) That no person quote the Declarations or portions thereof in any public hearing.

The basis for this motion is that information presented in those documents consists of confidential business plans, strategic analysis of business opportunities, trade secrets and other confidential information.

Public disclosure of the information in these documents would provide competitors with information that could be used to solicit accounts now serviced by Plaintiffs or in a manner that otherwise harm Plaintiffs.

The nature of this lawsuit is to ask relief from the Court because the Secretary has issued a Proposed Rule which forces the Plaintiffs to reorganize their business. In order to detail to this Court how these changes are causing harm, it is necessary that the Plaintiffs be candid and forthright with the Court about the harms caused them and their business plans in response to the Proposed Rule. At the same time the nature of the information could be used by competitors and others to interfere with customer, employee, and supplier relations with the Plaintiffs.

This request is consistent with the nature of orders regarding confidential materials being granted protection under discovery in the Federal Rules of Civil Procedure.

In a conversation on December 20, 2005, with James Gilligan of the Federal Programs Branch of the DOJ, he agreed to allow the documents be submitted under seal and treated as confidential with the understanding that the if the documents proved to be unworthy of such designation, the parties are free to request a change in this order.

Respectfully submitted,

BENJAMIN F. YALE (DC Dist. Bar No. OH0008)
KRISTINE H. REED (DC Dist. Bar No. OH0007)
RYAN K. MILTNER (DC Dist. Bar No. OH0006)
Yale Law Office, LP
527 North Westminister St.
P.O. Box 100
Waynesfield, Ohio 45896
419-568-5751
Fax: 419-568-6413
Ben@yalelawoffice.com