# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EDALEEN DAIRY, LLC ) CIVIL NO.: 05-CV-2442 PLF
MALLORIE'S DAIRY, INC. and )
SMITH BROTHERS FARMS, INC. )
 )
            Plaintiffs, )
    vs. )
 )
MIKE JOHANNS, )
SECRETARY OF AGRICULTURE, )
UNITED STATES DEPARTMENT OF )
AGRICULTURE )
            Defendant. )

## Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia

I, the undersigned, counsel of record for Parker Dairy Farms, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Parker Dairy Farms, Inc. which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Parker Dairy Farms, Inc.

Respectfully submitted,

/s/ Charles M. English, Jr.
Charles M. English, Jr.
D.C. Bar No.: 386572
Thelen Reid & Priest LLP
701 8th Street NW
Washington, DC 20001
Telephone: 202.508.4000

December 23, 2005

*Attorneys for Parker Dairy Farms, Inc.*