UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDALEEN DAIRY, LLC | ) | CIVIL NO.: 05-CV-2442 PLF |
| MALLORIE'S DAIRY, INC. and | ) | |
| SMITH BROTHERS FARMS, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| MIKE JOHANNS, | ) | |
| SECRETARY OF AGRICULTURE, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE | ) | |
| Defendant. | ) | |

**Certificate Required by LCvR 7.1 of the Local Rules of the
United States District Court for the District of Columbia**

I, the undersigned, counsel of record for Shamrock Foods Company and Shamrock Farms Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of either Shamrock Foods or Shamrock Farms which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Shamrock Foods Company and Shamrock Farms Company.

                        Respectfully submitted,

                        /s/ Charles M. English, Jr.
                        Charles M. English, Jr.
                        D.C. Bar No.: 386572
                        Thelen Reid & Priest LLP
                        701 8th Street NW
                        Washington, DC 20001
                        Telephone: 202.508.4000

December 23, 2005             *Attorneys for Shamrock Foods Company and
                                          Shamrock Farms Company*