UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC )<br>MALLORIE'S DAIRY, INC. and )<br>SMITH BROTHERS FARMS, INC. )<br>)<br>        Plaintiffs, )<br>vs. )<br>)<br>MIKE JOHANNS, )<br>SECRETARY OF AGRICULTURE, )<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>        Defendant. ) | CIVIL NO.: 05-CV-2442 PLF |

**Certificate Required by LCvR 7.1 of the Local Rules of the
United States District Court for the District of Columbia**

I, the undersigned, counsel of record for United Dairymen of Arizona, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of United Dairymen of Arizona which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for United Dairymen of Arizona.

                                          Respectfully submitted,

                                          /s/ Charles M. English, Jr.
                                          Charles M. English, Jr.
                                          D.C. Bar No.: 386572
                                          Thelen Reid & Priest LLP
                                          701 8th Street NW
                                          Washington, DC  20001
                                          Telephone:  202.508.4000

December 23, 2005                            *Attorneys for United Dairymen of Arizona*

                                                                            DC #209180 v1