**CERTIFICATE OF SERVICE**

On this 23rd day of December, 2005, I, Sara Pikofsky, hereby certify that I caused true and correct copies of the foregoing Motion to Intervene on behalf of United Dairymen of Arizona, Shamrock Foods Company, Shamrock Farms, Parker Farms and Dean Foods Company to be served by electronic and prepaid first class mail to the following parties:

| | |
|---|---|
| Benjamin F. Yale, Esq.<br>Yale & Associates<br>102 West Wapakoneta St.<br>Waynesfield, OH  45896 | Email:  benyale@cs.com |
| Rupa Bhattacharyya, Esq.<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W.<br>Room 7338<br>Washington, D.C. 20530 | Email:  rupa.bhattacharyya@usdoj.gov |
| James Gilligan, Esq.<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W.<br>Room 7338<br>Washington, D.C. 20530 | Email:  jgilligan@usdoj.gov |
| Garrett B. Stevens<br>United States Department of Agriculture<br> Office of the General Counsel<br>1400 Independence Avenue, S.W.<br>Room 2343-South Building<br>Washington, D.C. 20250-1417 | Email:  garrett.stevens@usda.gov |

/s/Sara Pikofsky_____
Sara Pikofsky