UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC )<br>MALLORIE'S DAIRY, INC. and )<br>SMITH BROTHERS FARMS, INC. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MIKE JOHANNS, )<br>SECRETARY OF AGRICULTURE, )<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>)<br>Defendant. ) | CIVIL NO.: 05-CV-2442 PLF |

## (PROPOSED) ORDER

Having read and considered the Motion to Intervene and accompanying Memorandum of Points and Authorities of United Dairymen of Arizona, Shamrock Foods Company, Shamrock Farms, Parker Farms and Dean Foods Company, the Court hereby GRANTS the Motion to Intervene as defendants in the above-captioned case.

So ORDERED.


Date:_____

_____
Paul L. Friedman
United States District Judge