UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDALEEN DAIRY, LLC | ) | |
| MALLORIE'S DAIRY, INC., and | ) | |
| SMITH BROTHERS FARMS, INC | ) | |
| | ) | |
| | ) | CIVIL CASE NO. 05-CV-2442 PLF |
| --PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| MIKE JOHANNS, | ) | |
| SECRETARY OF AGRICULTURE, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE | ) | |
| | ) | |
| --DEFENDANT. | ) | |

**Plaintiffs' Statement of No Objection to Motion to Intervene**

Plaintiffs, Edaleen Dairy, LLC, Smith Brothers Farms, Inc., and Mallorie's Dairy, LLC do not object to the motions to intervene by United Dairymen of Arizona, Shamrock Foods Company, Shamrock Farms, Parker Farms and Dean Foods Company.

Plaintiffs have also been asked and agreed to not object to a motion to intervene on behalf of Northwest Dairy Association, West Farm Foods, Farmers Cooperative Creamery, and Tillamook County Creamery Association.

Plaintiffs have also been asked and agreed to not object to a motion to intervene on behalf of Dairy Farmers of America.

       Respectfully submitted,

       <u>/s/Benjamin F. Yale</u>
       BENJAMIN F. YALE (DC Dist. Bar No. OH0008)
       KRISTINE H. REED (DC Dist. Bar No. OH0007)
       RYAN K. MILTNER (DC Dist. Bar No. OH0006)
       Yale Law Office, LP
       527 North Westminister St.
       P.O. Box 100
       Waynesfield, Ohio 45896
       419-568-5751
       Fax:  419-568-6413
       Ben@yalelawoffice.com
       ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on the persons listed below either through the ECF system if they have made an appearance or at the email address listed below this 23rd day of December 2005.

                                                                      /s/Benjamin F. Yale  
                                                                     Benjamin F. Yale  
                                                                     Attorney for Plaintiffs

James Gilligan, Esq.  
United States Department of Justice  
20 Massachusetts Ave, NW  
Washington, DC 20001  
james.gilligan@usdoj.gov

Charles M. English, Jr.  
D.C. Bar No.: 386572  
Sara Pikofsky  
D.C. Bar No.: 485948  
Thelen Reid & Priest LLP  
701 8 th Street NW  
Washington, DC 20001  
Telephone: 202.508.4000  
cenglish@thelenreid.com

Marvin Beshore, Esquire  
130 State Street, P. O. Box 946  
Harrisburg, PA 17108-0946  
717-236-0781(phone)  
717-236-0791 (fax)  
Mbeshore@mblawfirm.com