UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC, ) <br> MALLORIE'S DAIRY, INC., and ) <br> SMITH BROTHERS FARMS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MIKE JOHANNS, SECRETARY OF ) <br> AGRTICULTURE, and the UNITED STATES ) <br> DEPARTMENT OF AGRICULTURE, ) <br> ) <br> Defendants. ) | Civil No. 05-CV-2442 PLF |

## NOTICE OF APPEARANCE

COME NOW the undersigned counsel and enter their appearance as counsel of record for Mike Johanns, Secretary of Agriculture and the United States Department of Agriculture (collectively "USDA"). All service, correspondence, and notices should be directed to Rupa Bhattacharyya at the fax numbers and/or addresses set forth below:

| Address for U.S. Mail | Address for Overnight Mail and Hand Delivery |
|---|---|
| Rupa Bhattacharyya <br> Trial Attorney, Civil Division <br> U.S. Department of Justice <br> P.O. Box 883 <br> Washington, D.C. 20044 | Rupa Bhattacharyya <br> Trial Attorney, Civil Division <br> U.S. Department of Justice <br> 20 Massachusetts Ave., N.W., Room 7338 <br> Washington, D.C. 20001 |

Tel: (202) 514-3146
Fax: (202) 318-7593
E-Mail: rupa.bhattacharyya@usdoj.gov

Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by fax, overnight mail, electronic mail, or hand delivery is preferred.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General, Civil Division

        KENNETH G. WAINSTEIN
        United States Attorney

        FELIX V. BAXTER
        Director, Federal Programs Branch

        JAMES J. GILLIGAN
        Assistant Director, Federal Programs Branch

        ___*/s/ Rupa Bhattacharyya*_____
        RUPA BHATTACHARYYA (VA #38877)
        Senior Trial Counsel
        Federal Programs Branch, Civil Division
        United States Department of Justice
        P.O. Box 883, 20 Massachusetts Ave., N.W.
        Washington, DC 20044
        Tel:  (202) 514-3146
        Fax:  (202) 318-7593
        Email:  rupa.bhattacharyya@usdoj.gov

Dated:  December 23, 2005