# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

EDALEEN DAIRY, LLC; )
MALLORIE'S DAIRY, INC. )
SMITH BROTHERS FARMS, INC. )
           Plaintiffs )
vs. )
) CIVIL ACTION NO. 05 CV 2442 (PLF)
)
MIKE JOHANNS, SECRETARY )
UNITED STATES DEPARTMENT OF )
AGRICULTURE )
           Defendant )

## [PROPOSED] ORDER GRANTING INTERVENTION

*unopposed*

The Motion to Intervene of Dairy Farmers of America, Inc. (DFA) having come before the Court; and

IT APPEARING TO THIS COURT that Movant's application was timely; and

IT FURTHER APPEARING TO THIS COURT that Movant claims an interest relating to the property or transaction which is the subject of the action; and

IT FURTHER APPEARING TO THE COURT that Movant is so situated that the disposition of the action may as a practical matter impair or impede its ability to protect that interest; and

IT FURTHER APPEARING TO THE COURT that the Movant is not adequately represented by existing parties; it is hereby

ORDERED as follows:

(1) That the Motion to Intervene is GRANTED; and

(2) That the Answer attached to the Motion to Intervene as Exhibit A is deemed filed as of today.

Entered this 27th day of Dec, 2005

*[signature]*
United States District Judge
For the District of Columbia