# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC | ) |
| MALLORIE'S DAIRY, INC. | ) |
| SMITH BROTHERS FARMS, INC. | ) |
|      Plaintiffs | ) |
| | ) |
|     vs. | ) |
| | ) CIVIL ACTION NO. 05 CV 2442 (PLF) |
| | ) |
| MIKE JOHANNS, SECRETARY | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE | ) |
|     Defendant | ) |

## ANSWER OF INTERVENOR DEFENDANT
## DAIRY FARMERS OF AMERICA, INC. (DFA)

Dairy Farmers of America, Inc. (DFA), Intervenor-Defendant, for its Answer to

Plaintiffs' Complaint state:

1.  Intervenor-Defendants admit paragraphs numbered:

    15, 19, 20, 25, 26, 32, 33, 34, 35, 43, 44, 51, 56.

2.  Intervenor-Defendants deny paragraphs numbered:

    1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 27 28, 31, 38, 39, 40, 41, 42, 45, 46, 47,

    48, 49, 50, 52, 53, 54, 55, 57, 58, 59, 60, 61, 62, 63 ,64, 65, 66, 67, 68, 69, 70, 71,

    72, 73, 74, 75, 76.

3.  Intervenor-Defendants do not have sufficient knowledge to admit or deny

    paragraphs numbered:

    16, 17, 18, 21, 22, 23, 24, 29, 30, 36, 37.

    First Affirmative Defense

4.  Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

5.    Plaintiffs have failed to exhaust their administrative remedies.

### Third Affirmative Defense

6.    Plaintiffs do not have standing to bring this action.

### Fourth Affirmative Defense

7.    Plaintiffs are not entitled to equitable relief because of laches.

### Fifth Affirmative Defense

8.    Plaintiffs are not entitled to equitable relief because they have unclean

hands.

WHEREFORE, Intervening Defendant requests that Plaintiffs' Complaint be

dismissed, with costs.

Dated this 23rd day of December, 2005.

                                        Respectfully Submitted,

                                By: _____
                                        Marvin Beshore, Esquire
                                        Attorney ID # 31979 (PA)
                                        #D00232 (DCDC)
                                        130 State Street
                                        P. O. Box 946
                                        Harrisburg, PA 17108-0946
                                        (717) 236-0781
                                        Attorney for Dairy Farmers of America, Inc.
                                        (DFA)

## CERTIFICATE OF SERVICE

On this 23rd day of December, 2005, I, Marvin Beshore, Esquire, hereby certify that I caused true and correct copies of the foregoing Answer of Intervenor Defendant Dairy Farmers of America, Inc. (DFA) on behalf of Dairy Farmers of America, Inc. (DFA) to be served by electronic and prepaid first class mail to the following parties:

Benjamin F. Yale, Esq.
Yale & Associates
102 West Wapakoneta St.
Waynesfield, OH 45896

Email: benyale@cs.com

Rupa Bhattacharyya, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Room 7338
Washington, D.C. 20530

Email: rupa.bhattacharyya@usdoj.gov

James Gilligan, Esq.
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Room 7338
Washington, D.C. 20530

Email: james.gilligan@usdoj.gov

Garrett B. Stevens
United States Department of Agriculture
Office of the General Counsel
1400 Independence Avenue, S.W.
Room 2343-South Building
Washington, D.C. 20250-1417

Email: garrett.stevens@usda.gov

Dated : 12/23/05

By: _____
Marvin Beshore, Esquire
Attorney ID # 31979 (PA)
#D00232 (DCDC)
130 State Street
P.O. Box 946
Harrisburg, PA 17108-0946
(717) 236-0781
Attorney for Dairy Farmers of America, Inc.
(DFA)