UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC ) <br> MALLORIE'S DAIRY, INC., and ) <br> SMITH BROTHERS FARMS, INC ) <br> ) <br> ) | Civil Case NO. 05-CV-2442 PLF |
| --PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> MIKE JOHANNS, ) <br> SECRETARY OF AGRICULTURE, ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE ) <br> ) <br> --DEFENDANT. ) | |

**Parties' Joint Report on Scheduling TRO Hearing**

Counsel for the parties, including counsel for the plaintiffs, defendant, and intervening defendants have conferred in response to this Court's order of December 23, 2005. The parties make the following request for time: Plaintiffs will have 45 minutes, Government Defendant will have 25 minutes, Intervenor DFA will have 10 minutes and the remaining intervenors will have 10 minutes. Plaintiffs will reserve up to 15 minutes of their time for rebuttal.

Respectfully submitted,

 /s/Benjamin F. Yale
ATTORNEYS FOR PLAINTIFFS


/s/Rupa Bhattacharyya
Rupa Bhattacharyya
ATTORNEY FOR DEFENDANT MIKE JOHANNS, SECRETARY USDA

/s/ Charles M. English, Jr.
Charles M. English, Jr.
ATTORNEY FOR INTERVENOR DEFENDANTS UNITED DAIRYMEN OF ARIZONA, SHAMROCK FOODS COMPANY, SHAMROCK FARMS, PARKER FARMS, DEAN FOODS COMPANY, WEST FARM FOODS, NORTHWEST DAIRY ASSOCIATION, TILLAMOOK COUNTY CREAMERY ASSOCIATION, and FARMERS COOPERATIVE CREAMERY

/s/ Marvin Beshore
Marvin Beshore
ATTORNEY FOR INTERVENOR DEFENDANT DAIRY FARMERS OF AMERICA

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served on the persons listed below through the ECF system this 28th day of December 2005.

       /s/Benjamin F. Yale
      Benjamin F. Yale
      Attorney for Plaintiffs

Rupa Bhattacharyya
United States Department of Justice
20 Massachusetts Ave, NW
Washington, DC 20001
Rupa.Bhattacharyya@usdoj.gov

Charles M. English, Jr.
D.C. Bar No.: 386572
Sara Pikofsky
D.C. Bar No.: 485948
Thelen Reid & Priest LLP
701 8 th Street NW
Washington, DC 20001
Telephone: 202.508.4000
cenglish@thelenreid.com

Marvin Beshore, Esquire
130 State Street, P. O. Box 946
Harrisburg, PA 17108-0946
717-236-0781(phone)
717-236-0791 (fax)
Mbeshore@mblawfirm.com