## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC | ) |
| MALLORIE'S DAIRY, INC. | ) |
| SMITH BROTHERS FARMS, INC. | ) |
|       Plaintiffs | ) |
|       vs. | ) |
| | ) CIVIL ACTION NO. 05 CV 2442 (PLF) |
| | ) |
| MIKE JOHANNS, SECRETARY | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE | ) |
|       Defendant | ) |

### DECLARATION OF ELVIN HOLLON

Elvin Hollon declares under penalty of perjury pursuant to 28 U.S.C. 1746:

1.     My name is Elvin Hollon.  I am Director of Fluid Marketing and Economic Analysis for Dairy Farmers of America, Inc. (DFA).  My business address is Northpointe Towers, Suite 1000, 10220 North Executive Hills Boulevard, Kansas City, Missouri, 64153.

2.     I am making this Declaration upon my personal knowledge and in opposition to the request of plaintiffs for a temporary restraining order or preliminary injunction with respect to the final decision of the Secretary of Agriculture proposing amendments to 7 C.F.R. §§ 1124 and 1131, the orders regulating the marketing of milk in the Pacific Northwest and the Arizona-Las Vegas Marketing Areas.

3.     I have been employed by DFA or its predecessor cooperatives since 1979.  My current duties include milk and dairy product price forecasts, economic analysis of business and milk marketing regulatory issues and national dairy policy issues and evaluation of marketing

opportunities and options for DFA member milk and interface with federal milk order regulations throughout the country.  I have a Bachelor's degree in Dairy Manufacturing and a Master's degree in Agricultural Economics from Louisiana State University.

      4.     Dairy Farmers of America, Inc. (DFA) is a member-owned Capper-Volstead cooperative of more than 13,500 farms that produce milk in 49 states, including all of the states involved in these milk marketing orders.  DFA pools milk on 10 of the 11 Federal Milk Marketing Orders including the Pacific Northwest Federal Order 124 and markets milk in Order 131 which is pooled by United Dairymen of Arizona.

      5.     In addition to being intimately familiar with DFA's operations from coast to coast, I am very familiar with this proceeding.  I attended the entire hearing and was an expert witness on behalf of the proposals which were adopted, with revisions, by the Secretary.

      6.     I have attempted in this Declaration to provide the court with information pertinent to the issues raised by plaintiffs, given the constraints of time and holiday commitments in the interim.  In this Declaration, I wish to attempt to address two topics for the court: (1) I want to briefly describe the "real world" issue from the point of view of the thousands of DFA dairy farmers who proposed and support the rules adopted by the Secretary and which are at issue here; and (2) I want to point out some immediately noticeable fallacies in the Declarations presented by Plaintiffs in support of their requested injunction.

      7.     DFA, as a marketer of milk for dairy farmers throughout the federal order system,

is continually involved in monitoring marketing issues and seeking solutions to marketing problems within federal marketing orders where the regulations may need to be adapted to constantly changing conditions in the marketplace. DFA routinely confers with other producer marketing organizations on a regional and national basis and submits requests for hearings and proposed order amendments to the USDA. DFA is an active participant in most hearings held to consider amendments to federal milk orders, including Orders124 and 131.

8.      The problem of large producer-handlers in the Federal Order system has become very urgent in recent years. Both producers and handlers regulated by the federal order system have concluded that the problem is so serious that it could undermine the federal order system *in toto* if not addressed. Because of this, DFA, along with United Dairymen of Arizona and Northwest Dairymen's Association submitted proposals to the USDA requesting that a hearing be held to amend Orders 124 and 131 to limit the size of producer-handlers. That hearing was held, beginning more than 2 years ago and resulting in the final decision which is the subject of this litigation. We have submitted similar proposals in other orders and a decision is pending in Orders 5 (the Appalachian Marketing Area) and Order 7 (Southeast Marketing Area); and a hearing is pending in Order 33 (the Mideast Marketing Area).

9.      Our proposal in this hearing requested the establishment of a maximum size for producer-handlers at 3,000,000 pounds of Class I route disposition per month. This was a very modest and minimal proposal for limiting this exemption. It will allow exemption as a

-3-

producer-handler to 99.5% of dairy producers in the United States. In the Pacific Northwest, the exemption would be available to more than 98% of dairy farmers. Only the largest of the large dairy farm operations will have monthly production volume such that they might exceed the 3 million pound Class I sales limitation.

10.    The Plaintiffs in this case are very large commercial enterprises. Their **monthly** sales of finished milk products almost certainly exceed $1 million. They milk in excess of 1500 dairy cows and they employ up to 100 or more off-farm employees. Their economic and financial impact on the Order 124 pool, which is shared by 873 dairy farmers, is substantial.

11.    I requested that the Market Administrator of Order 124 provide to me information showing the Order 124 pool for recent months, if the final decision of the Secretary had been in effect, so that it could be compared to the pool without the Plaintiffs and the impact of the Plaintiffs on the pool estimated. Exhibits A, B, C, and D attached to this Declaration are the calculations provided by the Market Administrator. Exhibit A is the published actual pool for Order 124 for October 2005; Exhibit B is the estimated pool for October if the final decision had been in effect; Exhibit C is the actual pool for Order 124 for November 2005; Exhibit D is the estimated pool for November if the final decision had been in effect. These exhibits establish the following with respect to Plaintiffs' operations and their effect on the pool:

a. Plaintiffs average nearly 6 million pounds of production per plaintiff per month. That places them in the group of 13 of 873 dairy farms in Order 124 which produce more

than 5 million pounds of milk per month. See Exhibit E, information provided by the Market

Administrator of Order 124 showing the array of Order 124 producers and their monthly

production in October 2005.

      b.  Plaintiffs average Class I sales of more than 4.6 million pounds per Plaintiff

per month. Thus, Plaintiffs are substantially larger on average than the six (6) smallest fully

regulated distributing plants on Order 124. See Exhibit F attached (Hearing Exhibit 33 G)).

      c.  Plaintiffs' Class I sales in October and November aggregate to more than 7%

of total Class I sales in the market. Thus, while Plaintiffs produce about 2.7% of total milk in the

market, they distribute more than three (3) times that percentage of Class I sales.

      d.  In October and November 2005 with Plaintiffs included in the Order, the total

value of the pool, shared by all producers including plaintiffs, would have increased by more than

$2.75 million each month.

      e.  In October 2005 because Plaintiffs were not part of the Order 124 pool, the

873 producers in the pool lost more than $190,000, an average of $219 each in milk sales

revenue. In November 2005 because Plaintiffs were not part of the Order 124 pool, the 873

producers in the pool lost more than $293,000, an average of $336 each in milk sales revenue.

These monthly losses will be ongoing so long as the final decision of the Secretary does not take

effect. There is no legal mechanism for the pool dairy farmers to recoup these losses.

      12.     The possibility of changes in regulated prices are part of the federal order system

of regulation. This is sometimes referred to as "regulatory risk." Congress has vested the

Secretary of Agriculture with the authority to establish federal order marketing areas and pools,

with minimum prices and values shared by all producers in accordance with regulations duly

promulgated after on the record, adjudicatory-type hearings. The changes in regulations which

the final decision provides will affect Plaintiffs' prices in ways and in a magnitude which is not

dissimilar to that which other producers have experienced in recent years. For instance, DFA

dairy farmers in the state of Colorado, who had previously been associated with the Western

Colorado Order, suffered very sharp declines in blend prices beginning in 2000 when the so-

called Federal Order Reform took place. Blend prices on these farms declined by more than

$1.00 per cwt because the Secretary caused the Class I utilization of that market to be combined

with other Orders to create the new Central Order. The Colorado producers are much smaller

than these Plaintiffs on average and were required to "tighten their belts" and absorb this

substantial loss of income, which they did. There were not widespread liquidations of herds in

Colorado because of this regulatory change, although there was surely personal and family

enterprise hardship. Similar losses post-Reform in 2000 were experienced by DFA farmers in

Georgia and Utah. We cite these examples just to make clear that the changes in regulatory

pricing which the Plaintiffs will experience (should they choose to retain in excess of 3 million

pounds in Class I sales) are neither unprecedented in the federal order system, nor lethal for dairy

farm enterprises. The Secretary is obligated to administer the system for the greater good of

dairy farmers in general, and not for the special benefit of each individual or each special group.

13. The Plaintiffs contend that their cost of production may be unique and high because they produce rBST-free milk and that they are therefore entitled to some special protection. This contention is spurious. DFA markets milk in Order 124 and all over the country for dairy farmers who produce rBST-free milk. These farms produce the milk for the federal order blend price, which is what would apply to Plaintiffs if they become pool producers.

14. Plaintiffs contend that if the final order becomes effective they will have the costs of full regulation, but no countervailing benefits. This is not correct for several reasons. First, as pool producers, Plaintiffs will receive a higher price – the blend price -- for the 22% of their aggregate production which is not marketed as Class I. Furthermore, as a fully regulated handler, they will not be constrained by limitations on purchases of milk from other sources. Thus, contrary to their contentions, as a fully regulated plant they will have greater ability to fulfill existing and new contracts for milk products by purchasing any needed supplemental supplies from other dairy farmers. They will be more able to profitably market surplus milk, if any, to pool handlers because the buyers will not be subject to down-allocation of such purchases as is the case with respect to purchases from producer-handlers. Finally, they will have the assurance, which all fully regulated handlers have, that their competitors are paying at least the same minimum price for their Class I sales and everyone is on a level playing field.

15. Finally, if full regulation places any of Plaintiffs' enterprises at risk for financial

survival, as is insinuated, that is not a result that is intended or desired by DFA as a proponent of these changes in regulations. However, the record established that at least one family-owned, long-time handler in Seattle (Vita-Milk) was forced to sell the business because of losses in the marketplace from the unfair competition of unregulated producer-handlers. This caused loss of good jobs for Vita-Milk employees and all of the related economic turmoil which accompanies changes in the ownership and operation of business enterprises. If Plaintiffs, or anyone of them, are unable to make a go of it when subject to the same regulations as their handler competitors, and receiving the same prices as their dairy farmer neighbors, the cause will not be the regulations of the Secretary of Agriculture which this court is asked to set aside.

I declare under penalty of perjury that the foregoing is true and corr ct.

Executed on  12 | 27 | 5

Elvin Hollon

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**AGRICULTURAL MARKETING SERVICE, DAIRY PROGRAMS**

## COMPUTATION OF PRODUCER PRICE DIFFERENTIAL

| Federal Order No. 124 | | | | October 2005 | | | |
|---|---|---|---|---|---|---|---|
| | % UTILIZATION PER CLASS | PRODUCT POUNDS | SKIM POUNDS | BUTTERFAT POUNDS | PROTEIN POUNDS | OTHER SOLIDS | NONFAT SOLIDS |
| Producer Milk - Class I | 28.34% | 177,360,097 | 174,157,404 | 3,202,693 | 5,617,828 | 10,300,671 | 15,918,499 |
| Producer Milk - Class II | 5.95% | 37,250,654 | 33,409,773 | 3,840,881 | 1,083,932 | 1,977,054 | 3,060,986 |
| Producer Milk - Class III | 28.95% | 181,150,816 | 174,055,964 | 7,094,852 | 5,640,167 | 10,288,223 | 15,928,390 |
| Producer Milk - Class IV | 36.76% | 230,058,062 | 220,793,274 | 9,264,788 | 7,116,705 | 13,025,704 | 20,142,409 |
| **Total Producer Receipts** | **100.00%** | **625,819,629** | **602,416,415** | **23,403,214** | **19,458,632** | **35,591,652** | **55,050,284** |

| | | POUNDS | BFAT POUNDS | LB/CWT PRICE | | TOTAL DOLLARS |
|---|---|---|---|---|---|---|
| Class I | Skim Milk | 174,157,404 | | $7.96 | /cwt | $13,862,929.35 |
| | Butterfat | | 3,202,693 | $1.8818 | /lb | 6,026,827.69 |
| | Class I Differential at Location | | | | | 3,366,676.61 |
| Class II | Butterfat | | 3,840,881 | $1.8326 | /lb | 7,038,798.52 |
| | Nonfat Solids | 3,060,986 | | $0.9022 | /lb | 2,761,621.58 |
| Class III | Butterfat | | 7,094,852 | $1.8256 | /lb | 12,952,361.81 |
| | Protein | 5,640,167 | | $2.3780 | /lb | 13,412,317.12 |
| | Other Solids | 10,288,223 | | $0.1491 | /lb | 1,533,974.05 |
| Class IV | Butterfat | | 9,264,788 | $1.8256 | /lb | 16,913,796.97 |
| | Nonfat Solids | 20,142,409 | | $0.8310 | /lb | 16,738,341.88 |
| **Classified Value** | | | | | | **$94,607,645.58** |
| Class III Overage Skim and Butterfat | | 329,955 | 0 | | | 27,221.29 |
| Class IV Overage Skim and Butterfat | | 0 | 4,435 | | | 8,096.54 |
| **Total Overage** | | **329,955** | **4,435** | | | **$35,317.83** |
| Class II Inventory Skim and Butterfat | | 940,565 | 27,128 | | | 5,290.88 |
| Class III Inventory Skim and Butterfat | | 1,637,875 | 71,730 | | | 9,503.37 |
| **Total Inventory** | | **2,578,440** | **98,858** | | | **$14,794.25** |
| Class I Other Source Fluid | | 3,229 | 0 | | | 51.99 |
| **Producer Milk Value** | | | | | | **$94,657,809.65** |
| Butterfat in Prod Milk x Butterfat Price | | 23,403,214 | | $1.8256 | /lb | 42,724,907.47 |
| Protein in Prod Milk x Protein Price | | 19,458,632 | | $2.3780 | /lb | 46,272,626.89 |
| Other Solids in Prod Milk x Other Solids Price | | 35,591,652 | | $0.1491 | /lb | 5,306,715.32 |
| **Producer Milk Credits** | | | | | | **$94,304,249.68** |
| **PM Value - PM Credits** | | | | | | **$353,559.97** |
| Location Adjustments | | | | | | 354,451.93 |
| 1/2 Balance in Producer Settlement Fund | | | | | | 235,408.09 |
| **Total Producer Milk and Differential Value** | | **625,822,858** | **23,403,214** | **$0.15074873** | | **$943,419.99** |
| Producer Settlement Fund Reserve | | | | $0.04074873 | | 255,014.87 |

| Producer Price Differential at King County, WA | $0.11 | /cwt |
|---|---|---|
| Statistical Uniform Price at King County, WA | $14.46 | /cwt |

| Estimated Market Wide Skim Utilization Class I | 30% |
|---|---|
| Estimated Market Wide Butterfat Utilization Class I | 14% |

Released:    November 14, 2005         James R. Daugherty, Market Administrator

EXHIBIT A

**Estimated Pool Values As Per Final Decision**

## COMPUTATION OF PRODUCER PRICE DIFFERENTIAL

**Federal Order No. 124**                          **October 2005**

| | % UTILIZATION PER CLASS | PRODUCT POUNDS | SKIM POUNDS | BUTTERFAT POUNDS | PROTEIN POUNDS | OTHER SOLIDS | NONFAT SOLIDS |
|---|---|---|---|---|---|---|---|
| Producer Milk - Class I | 29.69% | 191,074,381 | 187,622,321 | 3,452,060 | 6,051,496 | 11,093,737 | 17,145,233 |
| Producer Milk - Class II | 6.21% | 39,960,063 | 35,822,844 | 4,137,219 | 1,161,619 | 2,119,159 | 3,280,778 |
| Producer Milk - Class III | 28.15% | 181,150,816 | 174,055,964 | 7,094,852 | 5,640,167 | 10,288,223 | 15,928,390 |
| Producer Milk - Class IV | 35.95% | 231,307,335 | 221,977,923 | 9,329,412 | 7,154,803 | 13,095,595 | 20,250,398 |
| **Total Producer Receipts** | **100.00%** | **643,492,595** | **619,479,052** | **24,013,543** | **20,008,085** | **36,596,714** | **56,604,799** |

| | | POUNDS | BFAT POUNDS | LB/CWT PRICE | | TOTAL DOLLARS |
|---|---|---|---|---|---|---|
| Class I | Skim Milk | 187,622,321 | | $7.96 | /cwt | $14,934,736.75 |
| | Butterfat | | 3,452,060 | $1.8818 | /lb | 6,496,086.52 |
| | Class I Differential at Location | | | | | 3,627,248.01 |
| Class II | Butterfat | | 4,137,219 | $1.8326 | /lb | 7,581,867.54 |
| | Nonfat Solids | 3,280,778 | | $0.9022 | /lb | 2,959,917.92 |
| Class III | Butterfat | | 7,094,852 | $1.8256 | /lb | 12,952,361.81 |
| | Protein | 5,640,167 | | $2.3780 | /lb | 13,412,317.12 |
| | Other Solids | 10,288,223 | | $0.1491 | /lb | 1,533,974.05 |
| Class IV | Butterfat | | 9,329,412 | $1.8256 | /lb | 17,031,774.54 |
| | Nonfat Solids | 20,250,398 | | $0.8310 | /lb | 16,828,080.73 |
| **Classified Value** | | | | | | **$97,358,364.99** |
| Class III Overage Skim and Butterfat | | 329,955 | 0 | | | 27,221.29 |
| Class IV Overage Skim and Butterfat | | 3 | 4,435 | | | 8,096.76 |
| **Total Overage** | | **329,958** | **4,435** | | | **$35,318.05** |
| Class II Inventory Skim and Butterfat | | 940,565 | 27,128 | | | 5,290.88 |
| Class III Inventory Skim and Butterfat | | 1,637,875 | 71,730 | | | 9,503.37 |
| **Total Inventory** | | **2,578,440** | **98,858** | | | **$14,794.25** |
| Class I Other Source Fluid | | 3,229 | 0 | | | 51.99 |
| **Producer Milk Value** | | | | | | **$97,408,529.28** |
| Butterfat in Prod Milk x Butterfat Price | | 24,013,543 | | $1.8256 | /lb | 43,839,124.09 |
| Protein in Prod Milk x Protein Price | | 20,008,085 | | $2.3780 | /lb | 47,579,226.13 |
| Other Solids in Prod Milk x Other Solids Price | | 36,596,714 | | $0.1491 | /lb | 5,456,570.07 |
| **Producer Milk Credits** | | | | | | **$96,874,920.29** |
| **PM Value - PM Credits** | | | | | | **$533,608.99** |
| Location Adjustments | | | | | | 354,451.93 |
| 1/2 Balance in Producer Settlement Fund | | | | | | 235,408.09 |
| **Total Producer Milk and Differential Value** | | **643,495,824** | **24,013,543** | **$0.17458839** | | **$1,123,469.01** |
| Producer Settlement Fund Reserve | | | | $0.04458839 | | 286,924.43 |

| | | | |
|---|---|---|---|
| **Producer Price Differential at King County, WA** | | **$0.13** | **/cwt** |
| **Statistical Uniform Price at King County, WA** | | **$14.48** | **/cwt** |

| | |
|---|---|
| Estimated Market Wide Skim Utilization Class I | 30% |
| Estimated Market Wide Butterfat Utilization Class I | 14% |

EXHIBIT B

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**AGRICULTURAL MARKETING SERVICE, DAIRY PROGRAMS**

## COMPUTATION OF PRODUCER PRICE DIFFERENTIAL

**Federal Order No. 124**                                   **November 2005**

| | % UTILIZATION PER CLASS | PRODUCT POUNDS | SKIM POUNDS | BUTTERFAT POUNDS | PROTEIN POUNDS | OTHER SOLIDS | NONFAT SOLIDS |
|---|---|---|---|---|---|---|---|
| Producer Milk - Class I | 30.69% | 185,446,171 | 181,734,148 | 3,712,023 | 5,926,389 | 10,743,849 | 16,670,238 |
| Producer Milk - Class II | 6.61% | 39,962,028 | 35,746,265 | 4,215,763 | 1,172,405 | 2,113,844 | 3,286,249 |
| Producer Milk - Class III | 28.36% | 171,358,670 | 164,591,120 | 6,767,550 | 5,407,891 | 9,723,519 | 15,131,410 |
| Producer Milk - Class IV | 34.34% | 207,478,393 | 199,084,001 | 8,394,392 | 6,521,046 | 11,739,059 | 18,260,105 |
| **Total Producer Receipts** | **100.00%** | **604,245,262** | **581,155,534** | **23,089,728** | **19,027,731** | **34,320,271** | **53,348,002** |

| | | POUNDS | BFAT POUNDS | LB/CWT PRICE | | TOTAL DOLLARS |
|---|---|---|---|---|---|---|
| Class I | Skim Milk | 181,734,148 | | $8.48 | /cwt | $15,411,055.75 |
| | Butterfat | | 3,712,023 | $1.8226 | /lb | 6,765,533.13 |
| | Class I Differential at Location | | | | | 3,518,121.38 |
| Class II | Butterfat | | 4,215,763 | $1.6184 | /lb | 6,822,790.84 |
| | Nonfat Solids | 3,286,249 | | $0.9011 | /lb | 2,961,238.97 |
| Class III | Butterfat | | 6,767,550 | $1.6114 | /lb | 10,905,230.08 |
| | Protein | 5,407,891 | | $2.2724 | /lb | 12,288,891.51 |
| | Other Solids | 9,723,519 | | $0.1606 | /lb | 1,561,597.13 |
| Class IV | Butterfat | | 8,394,392 | $1.6114 | /lb | 13,526,723.28 |
| | Nonfat Solids | 18,260,105 | | $0.8351 | /lb | 15,249,013.68 |
| **Classified Value** | | | | | | **$89,010,195.75** |
| Class II Overage Skim and Butterfat | | 13,986 | 0 | | | 1,134.26 |
| Class IV Overage Skim and Butterfat | | 269,990 | 10,455 | | | 37,150.44 |
| **Total Overage** | | **283,976** | **10,455** | | | **$38,284.70** |
| Class II Inventory Skim and Butterfat | | 1,122,484 | 65,970 | | | (6,597.33) |
| Class III Inventory Skim and Butterfat | | 1,360,793 | 51,471 | | | (4,085.04) |
| **Total Inventory** | | **2,483,277** | **117,441** | | | **($10,682.37)** |
| Class I Other Source Fluid | | 8,685 | 0 | | | 207.57 |
| **Producer Milk Value** | | | | | | **$89,038,005.65** |
| Butterfat in Prod Milk x Butterfat Price | | 23,089,728 | | $1.6114 | /lb | 37,206,787.73 |
| Protein in Prod Milk x Protein Price | | 19,027,731 | | $2.2724 | /lb | 43,238,615.93 |
| Other Solids in Prod Milk x Other Solids Price | | 34,320,271 | | $0.1606 | /lb | 5,511,835.53 |
| **Producer Milk Credits** | | | | | | **$85,957,239.19** |
| **PM Value - PM Credits** | | | | | | **$3,080,766.46** |
| Location Adjustments | | | | | | 384,508.43 |
| 1/2 Balance in Producer Settlement Fund | | | | | | 163,154.51 |
| **Total Producer Milk and Differential Value** | | **604,253,947** | **23,089,728** | **$0.60048088** | | **$3,628,429.40** |
| Producer Settlement Fund Reserve | | | | $0.04048088 | | 244,607.32 |
| **Producer Price Differential at King County, WA** | | | | **$0.56** | **/cwt** | |
| **Statistical Uniform Price at King County, WA** | | | | **$13.91** | **/cwt** | |
| Estimated Market Wide Skim Utilization Class I | | 29% | | | | |
| Estimated Market Wide Butterfat Utilization Class I | | 14% | | | | |

Released:    December 14, 2005        James R. Daugherty, Market Administrator

EXHIBIT C

**Estimated Pool Values As Per Final Decision**

## COMPUTATION OF PRODUCER PRICE DIFFERENTIAL

**Federal Order No. 124**                                      **November 2005**

| | % UTILIZATION PER CLASS | PRODUCT POUNDS | SKIM POUNDS | BUTTERFAT POUNDS | PROTEIN POUNDS | OTHER SOLIDS | NONFAT SOLIDS |
|---|---|---|---|---|---|---|---|
| Producer Milk - Class I | 32.07% | 199,504,339 | 195,528,439 | 3,975,900 | 6,376,562 | 11,555,551 | 17,932,113 |
| Producer Milk - Class II | 6.97% | 43,351,353 | 38,811,224 | 4,540,129 | 1,272,289 | 2,294,304 | 3,566,593 |
| Producer Milk - Class III | 27.54% | 171,358,670 | 164,591,120 | 6,767,550 | 5,407,891 | 9,723,519 | 15,131,410 |
| Producer Milk - Class IV | 33.42% | 207,938,865 | 199,509,158 | 8,429,707 | 6,534,912 | 11,764,069 | 18,298,981 |
| **Total Producer Receipts** | 100.00% | 622,153,227 | 598,439,941 | 23,713,286 | 19,591,654 | 35,337,443 | 54,929,097 |

| | | POUNDS | BFAT POUNDS | LB/CWT PRICE | | TOTAL DOLLARS |
|---|---|---|---|---|---|---|
| Class I | Skim Milk | 195,528,439 | | $8.48 | /cwt | $16,580,811.62 |
| | Butterfat | | 3,975,900 | $1.8226 | /lb | 7,246,475.35 |
| | Class I Differential at Location | | | | | 3,785,226.59 |
| Class II | Butterfat | | 4,540,129 | $1.6184 | /lb | 7,347,744.77 |
| | Nonfat Solids | 3,566,593 | | $0.9011 | /lb | 3,213,856.94 |
| Class III | Butterfat | | 6,767,550 | $1.6114 | /lb | 10,905,230.08 |
| | Protein | 5,407,891 | | $2.2724 | /lb | 12,288,891.51 |
| | Other Solids | 9,723,519 | | $0.1606 | /lb | 1,561,597.13 |
| Class IV | Butterfat | | 8,429,707 | $1.6114 | /lb | 13,583,629.87 |
| | Nonfat Solids | 18,298,981 | | $0.8351 | /lb | 15,281,479.02 |
| **Classified Value** | | | | | | **$91,794,942.88** |
| Class II Overage Skim and Butterfat | | 13,986 | 0 | | | 1,134.26 |
| Class IV Overage Skim and Butterfat | | 269,990 | 14,918 | | | 44,342.12 |
| **Total Overage** | | **283,976** | **14,918** | | | **$45,476.38** |
| Class II Inventory Skim and Butterfat | | 751,756 | 65,970 | | | (8,932.91) |
| Class III Inventory Skim and Butterfat | | 1,381,014 | 51,471 | | | (3,981.91) |
| **Total Inventory** | | **2,132,770** | **117,441** | | | **($12,914.82)** |
| Class I Other Source Fluid | | 8,685 | 0 | | | 207.57 |
| **Producer Milk Value** | | | | | | **$91,827,712.01** |
| Butterfat in Prod Milk x Butterfat Price | | 23,713,286 | | $1.6114 | /lb | 38,211,589.09 |
| Protein in Prod Milk x Protein Price | | 19,591,654 | | $2.2724 | /lb | 44,520,074.55 |
| Other Solids in Prod Milk x Other Solids Price | | 35,337,443 | | $0.1606 | /lb | 5,675,193.36 |
| **Producer Milk Credits** | | | | | | **$88,406,857.00** |
| **PM Value - PM Credits** | | | | | | **$3,420,855.01** |
| Location Adjustments | | | | | | 384,508.43 |
| 1/2 Balance in Producer Settlement Fund | | | | | | 163,154.51 |
| **Total Producer Milk and Differential Value** | | 622,161,912 | 23,713,286 | $0.63785935 | | **$3,968,517.95** |
| Producer Settlement Fund Reserve | | | | $0.04785935 | | 297,762.65 |

| | | /cwt | |
|---|---|---|---|
| **Producer Price Differential at King County, WA** | $0.59 | /cwt | |
| **Statistical Uniform Price at King County, WA** | $13.94 | /cwt | |

| Estimated Market Wide Skim Utilization Class I | 29% |
| Estimated Market Wide Butterfat Utilization Class I | 14% |

EXHIBIT D

## Number of Producers by Size Range
## Pacific Northwest Order

**Oct-2005**

|  |  |  | Producers | Pounds |
|---|---|---|---|---|
| 0 - | 250,000 |  | 358 | 46,563,391 |
| 250,000 - | 500,000 |  | 180 | 64,426,419 |
| 500,000 - | 750,000 |  | 100 | 61,417,146 |
| 750,000 - | 1,000,000 |  | 64 | 55,340,323 |
| 1,000,000 - | 2,000,000 |  | 107 | 151,618,082 |
| 2,000,000 - | 3,000,000 |  | 35 | 87,423,428 |
| 3,000,000 - | 5,000,000 |  | 16 | 59,534,013 |
| 5,000,000 or more |  |  | 13 | 99,403,447 |
| **Total** |  |  | **873** | **625,726,249** |

Prepared by:
Market Administrator's Office, Seattle, WA
December 2005

EXHIBIT E