UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC, MALLORIE'S DAIRY, INC., and SMITH BROTHERS FARMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE JOHANNS, SECRETARY OF AGRTICULTURE, and the UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendants. | Civil No. 05-CV-2442 PLF |

**DECLARATION OF JOHN R. MENGEL**

1.  I am the Chief Economist for Dairy Programs, Agricultural Marketing Service and Acting Deputy Administrator. I have been employed with the United States Department of Agriculture (USDA) since 1985. My responsibilities include the preparation of all necessary economic analyses used in the decision-making process relative to the Federal Milk Marketing Order Program. As Acting Deputy Administrator, I am responsible for all actions relative to implementation of the proposed rule to regulate producer-handlers who market more than three (3) million pounds of fluid milk products in the Pacific Northwest and Arizona-Las Vegas milk marketing areas.

2.  On August 6, 2003, USDA published a Notice of Hearing to consider proposed amendments to the Pacific Northwest and Arizona-Las Vegas milk marketing orders, 7 C.F.R. Parts 1124 and 1131. See 68 Fed. Reg. 46505.[1] This Notice announced that a "public hearing is

---

[1] The text of the proposed rule set forth in this initial notice was corrected on August 30, 2003. See 68 Fed. Reg. 51202.

being held to consider proposals to amend the producer-handler provisions" of these two marketing orders, and that the proposals seek to, "among other things, end the regulatory exemption of producer-handlers from the pooling and pricing provisions of these two orders." Id.

3. The public hearing was convened on September 23-25, 2003, in Tempe, Arizona, reconvened and continued on November 17-21, 2003, in Seattle, Washington, and reconvened and continued again on January 20-22, 2004, in Alexandria, Virginia, all pursuant to public notices published in the Federal Register. See 68 Fed. Reg. 46505; 68 Fed. Reg. 62027; 68 Fed. Reg. 74874. More than 30 witnesses participated in these hearings, and record evidence was accepted as well as post-hearing briefs. A record of these proceedings is available at www.ams.usda.gov/dairy.

4. Following review of the record evidence, testimony, and post-hearing briefs, on April 13, 2005, USDA published a Recommended Decision for public notice and comment. See 70 Fed. Reg. 19636. The notice indicated that comments were to be submitted on or before June 13, 2005. In the two-month comment period, USDA received more than 12,000 comments.

5. On December 14, 2005, USDA published the Proposed Rule. See 70 Fed Reg. 74166. In issuing that Proposed Rule, USDA "directed that a referendum be conducted and completed on or before the 30th day from the date this decision is published in the Federal Register . . . to determine whether the issuance of the order as amended and hereby proposed to be amended . . . are approved or disapproved by [certain defined] producers." See 70 Fed. Reg. at 74189. Such a referendum is conducted pursuant to procedures set forth at 7 C.F.R. §§ 900.300-311.

6. Following publication of the proposed rule on December 14, 2005, ballots were

mailed by James R. Daugherty, Market Administrator for the Pacific Northwest and the Arizona-Las Vegas marketing areas, hereinafter "the referendum agent," to eligible producers.

7. Ballots are due to be returned to the referendum agent with a postmark no later than January 12, 2005.

8. Ballots will not be counted for five (5) days to allow for receipt of all ballots. Thus, the earliest the referenda results will be known is January 17 or 18, 2005.

9. Federal milk marketing orders, including the amendments to the two marketing orders proposed in the Proposed Rule, become effective only after approval in a referendum by more than two-thirds of the producers whose milk would have been regulated by the milk order or by producers who would have produced at least two-thirds of the volume of milk regulated by the order during a representative period. See 7 U.S.C. § 608c (9).

10. Depending on the results of the referenda, USDA will prepare a Federal Register notification. If the producer votes approve the amended orders for the Pacific Northwest and Arizona-Las Vegas marketing areas, the Final Rule will make the appropriate findings and establish an effective date for the amended orders which would be the first day of a marketing period (month) and at least thirty (30) days after publication. If producers do not approve one of the amended orders, a subsequent Notice of Intent to Terminate published in the Federal Register would provide notice of the Secretary's intention to terminate that order and may further provide an opportunity for public comment prior to the issuance of any termination order. The termination procedure would take at least sixty (60) days. At the earliest, the issuance of any Final Rule or Notice of Intent to Terminate in the Federal Register after ascertaining the results of the referendum would not occur before January 29, or thereafter depending on the time needed to complete institutional review and publication of either, and the amended orders would not

become effective until, at the earliest, March 1, 2006.

11.     The proposed amendments contained in the Proposed Rule to the Pacific Northwest and Arizona-Las Vegas Marketing orders have no force and effect on any regulated entity until and only if a Final Rule incorporating those amendments is issued and the amended order made effective.

I declare under penalty of perjury that the foregoing is true and correct.

*John R. Mengel*
JOHN R. MENGEL

Dated: *December 28, 2005*