BEFORE THE UNITED STATES DEPARTMENT OF AGRICULTURE

| | | |
|---|---|---|
| In the Matter of: | ) | DOCKET NO. AO-368-A32; |
| MILK IN THE PACIFIC NORTHWEST | ) | AO-271-A37; DA-03-04 |
| AND ARIZONA - LAS VEGAS | ) | |
| MARKETING AREAS | ) | |

STATEMENT OF INTEREST

SUBMITTED BY :

SELECT MILK PRODUCERS, INC.
Artesia, NM

CONTINENTAL DAIRY PRODUCTS, INC,
Artesia, NM

1

Select Milk Producers, Inc. ("Select") is a New Mexico milk marketing cooperative with members in New Mexico, Texas, Kansas, and Oklahoma. It also operates plants that concentrate milk for marketing to cheese plants throughout the country. Select markets milk to a plant with distribution in the Arizona-Las Vegas marketing area and also sells milk to a plant located in the Arizona-Las Vegas marketing area.

Continental Dairy Products, Inc. ("Continental") is an Ohio milk marketing cooperative with members in Ohio, Indiana, and Michigan. It markets milk throughout the Mideast and Southeast and occasionally in the Upper Midwest and Central regions.

These cooperatives market milk of their members to bottlers and manufacturers nationwide, including those in California and Nevada and in areas under the Federal Milk Marketing Orders ("FMMO"), 7 CFR Parts 1000 - 1135, administered by the United States Department of Agriculture ("USDA") in accordance with the Agricultural Marketing Agreement Act of 1937, 7 U.S.C.A. §608c ("AMAA").

Select and Continental have not participated in this hearing, but to clarify their position state that they currently support proposal three as submitted by United Dairymen of Arizona and as amended. Select and Continental's support of proposal three should not be construed as support for or opposition to any other noticed proposal or modification thereof.

Continental and Select support of proposal three as it is known that a large marketer of bottled milk is seeking to align itself with one or more producer-handlers. These milk marketers have within their stores replaced almost in totality the milk distribution done earlier by milk trucks to taverns, coffee shops, diners, restaurants, cafeterias, and other similar commercial sales. These milk marketers seek to offset the risk of processing by requiring producers to pre-process the milk. At the same time, these marketers wish to avoid participating in Federal Milk Marketing Orders.

In order to maintain the future of the Federal Milk Marketing Orders, the Department should consider positively the proposal tendered.

                YALE LAW OFFICE, L.P.

                /s/ Benjamin F. Yale
                BENJAMIN F. YALE, OH #0024730
                527 N. Westminster Street
                P.O. Box 100
                Waynesfield, OH   45896
                419-568-5751
                419-568-6413 Fax

# CERTIFICATE OF SERVICE

The foregoing was Statement was served upon the following parties on August 2, 2004, by electronic mail, FedEx Overnight Service, and /or first-class United States Mail service as indicated.

**VIA U.S. MAIL, E-MAIL, AND FEDEX**
Joyce Dawson, Hearing Clerk
U.S. Department of Agriculture
Room 1081, South Building
1400 Independence Avenue, SW
Washington, DC 20250
joyce.dawson@usda.gov

The Honorable Marc Hillson
U.S. Department of Agriculture
Room 1066, South Building
1400 Independence Avenue SW
Washington DC 20250
marc.hillson@usda.gov

Sharlene Deskins, Esq.
Office of General Counsel
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, D.C. 20250-0225
sharlene.deskins@usda.gov

Jack Rower
USDA, AMS—Dairy Programs
1400 Independence Avenue, SW
Washington, D.C. 20250-0225
jack.rower@usda.gov

Gino Tosi
USDA - AMS - Dairy Programs
1400 Independence Avenue, SW
Washington, D.C. 20250-0225
gino.tosi@usda.gov

Richard Cherry
USDA, AMS—Dairy Programs
1400 Independence Avenue, SW
Washington, D.C. 20250-0225
richard.cherry@usda.gov

**VIA U.S. MAIL ONLY**
Sydney Berde, Esq.
SYDNEY BERDE & ASSOCIATES P.A.
11126 East Cannon Drive
Scottsdale, AZ 85259

Marvin Beshore, Esq.
MILSPAW & BESHORE
130 State Street
P.O. Box 946
Harrisburg, PA 17108

Charles M. English, Jr., Esq.
THELEN, REID & PRIEST, LLP
701 Pennsylvania Ave., NW, Suite 800
Washington, DC 20004

Douglas Marshall
NORTHWEST DAIRY ASSOCIATION
635 Elliot Ave W.
P.O. Box 79007
Seattle, WA 98119


/s/ Benjamin F. Yale

4