UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC )<br>MALLORIE'S DAIRY, INC. and )<br>SMITH BROTHERS FARMS, INC. )<br>    )<br>        Plaintiffs, )<br>    vs. )<br>    )<br>MIKE JOHANNS, )<br>SECRETARY OF AGRICULTURE, )<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE )<br>        Defendant. ) | CIVIL NO.: 05-CV-2442 PLF |

### DECLARATION OF MICHAEL D. ANDERSON

My name is Michael D. Anderson, and I am the Chief Executive Officer of Farmers Cooperative Creamery ("FCC"). This Declaration is filed on behalf of FCC, an agricultural milk marketing cooperative located in McMinnville, Oregon. I am authorized to file this Declaration on behalf of FCC. This Declaration is based upon my personal knowledge and belief and is provided in support of Intervenors' Opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction and for Expedited Hearing.

1. FCC is an agricultural milk marketing cooperative incorporated in Oregon. It has members in Oregon and Washington states.

2. FCC's membership in Oregon and Washington consists of approximately seventy-five producers, averaging 375 dairy cows per dairy farm, who produce approximately 16.5% of the milk in Oregon and 5.25% of the milk in Washington.

3. FCC is a bulk milk marketer into the Pacific Northwest regional marketplace and in addition, owns and operates a plant in McMinnville, Oregon, which manufactures various dry milk powder and butter products. FCC operates seven days per week and handles approximately 57 million pounds of milk per month of member milk, as well as regularly acting as a balancer for other processors in the region.

4. FCC provides field and headquarters staff support for its members. With a workforce of approximately fifty full-time employees, it offers its members transportation services, price hedging services, market information and quality control advice.

5. If the Proposed Rule is adopted, large commercial producer-handlers, like their regulated competitors, will be required to contribute to the equalization fund at a rate that is the difference between the announced classified price for their milk as used and the minimum uniform price paid to all dairy farmers.

6. Because this will result in more funds in the equalization fund and because the funds in the equalization fund are distributed to dairy farmers, members of FCC will receive additional funds each month. If the Proposed Rule is not adopted, FCC members will lose these additional earnings.

7. Unlike the large producer-handlers in the Pacific Northwest market (representing according to USDA nearly 10 percent of the total fluid market in the Pacific Northwest (70 Fed. Reg. at 74186, c. 1 (December 14, 2005)), FCC's members include small businesses as USDA defines that term for dairy farmers (using the 500,000 pounds per month guideline). Their total monthly losses as a result of certain producer handlers not contributing to the equalization fund have been $1814 - $3628 and if this Court were to enjoin this rule, these small businesses would be deprived of this much needed income to fund their operations. Once lost, this income will not be recoverable. Should this Court grant an injunction and then defendants prevail in this litigation, we will not be able to receive these lost dollars for any month that any injunction was in place.

8. FCC has seventy-five dairy farms in Oregon and Washington, the farms in those two states average approximately fifty-seven million pounds per month, and thus the total loss to our cooperative from those two states should the rule be enjoined would be from $136,800 to $273,600 annually. These are huge numbers that affect our continued ability to provide the full range of services to our members and others discussed above

9. To the best of my knowledge, information and belief, none of our dairy farmer members in Oregon and Washington come close in size to the smallest of the three plaintiffs.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of December 2005.

*Michael D. Anderson* (signature)

Michael D. Anderson, CEO
Farmers Cooperative Creamery