UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC<br>MALLORIE'S DAIRY, INC. and<br>SMITH BROTHERS FARMS, INC.<br><br>          Plaintiffs,<br>   vs.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE<br>          Defendant. | CIVIL NO.: 05-CV-2442 PLF |

## **DECLARATION OF ALBERT DEBOER**

    My name is Albert DeBoer. I am one of the owners of a dairy with my wife Sarah. Our farm is located at 1633 Matz Rd. Ferndale, Washington, and our farm is a member of Northwest Dairy Association. I am authorized to file this Declaration on behalf of our farm. This Declaration is based upon my personal knowledge and belief and is provided in support of Intervenors' Opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction and for Expedited Hearing.

1. I have prepared the following information for the Court's consideration regarding our farm's losses suffered over the past five years because Producer-Handlers are not regulated. This information should assist the Court in considering losses that we would suffer should the Proposed Rule of USDA be enjoined even before the votes are considered by USDA.

2. Our average volume of milk produced on our farm and pooled on the local federal milk marketing order has been approximately 2,000,000 pounds per year.

3. The Proposed Rule would require large commercial producer-handlers, like their regulated competitors, to contribute to the equalization fund at a rate that is the difference between the announced classified price for their milk as used and the minimum uniform price paid to all dairy farmers.

4. Because this will result in more funds in the equalization fund and because the funds in the equalization fund are distributed to dairy farmers, our farm will receive additional funds each month. If the Proposed Rule is not adopted, our farm will lose these additional earnings.

5. Using USDA's conclusions that we have lost between $0.02 and $0.04 per hundredweight ("cwt") (70 Fed. Reg. 74186 (December 14, 2005)), we have lost between $400 and $800 per year. Enjoining the Rule would cost us approximately that amount each year going forward.

6. Once lost, this income is lost to us forever because the federal market order program functions on a monthly basis and any injunction that is later lifted for any reason will deprive our operation of

    this needed income. This expected income is very important to the profitability of our operation.

7. To the best of my knowledge, information and belief, our farm is significantly smaller than even the smallest of the plaintiff producer-handlers that would be regulated by the Proposed Rule.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27 day of December 2005.

_____
Albert DeBoer