UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC<br>MALLORIE'S DAIRY, INC. and<br>SMITH BROTHERS FARMS, INC.<br><br>    Plaintiffs,<br>  vs.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE<br>    Defendant. | CIVIL NO.: 05-CV-2442 PLF |

## DECLARATION OF MICHAEL KRUEGER

My name is Michael Krueger, and I am senior vice president and general manager of Shamrock Foods Company ("Shamrock Foods"). This Declaration is filed on behalf of Shamrock Foods, an Arizona dairy processor located at 2228 North Black Canyon Highway, Phoenix, AZ, 85009. I am authorized to file this Declaration on behalf of Shamrock Foods. This Declaration is based upon my personal knowledge and belief and is provided in support of Intervenors' Opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction and for Expedited Hearing.

1. I have prepared the following information for the Court's consideration regarding Shamrock Foods' losses suffered over the past five years because Producer-Handlers are not regulated. This information should assist the Court in considering losses that we would suffer should the Proposed Rule of USDA be enjoined even before the votes are considered by USDA.

2. In my experience in the fluid milk business, it is a fact that "He with the lowest cost wins". The producer-handlers that are currently exempt from paying the order price and contributing to the equalization fund have a competitive advantage over processors such as Shamrock Foods and can sell their milk to customers, such as grocery retailers, at a lower price.

3. Arizona has a single exempt entity that has achieved a 20% market share of the Arizona fluid milk business – over 2 million gallons per month, serving Costco, Wal-Mart, and Bashas' among others. Based on market research conducted by Shamrock Foods in the regular course of business, one of the primary reasons this entity has achieved this market share is because it is able to offer its milk at prices that are typically 6 to 8 cents per gallon below the prices at which Shamrock Foods must sell its milk.

4. The financial impact on Arizona's dairy farmers is staggering: $3.5 - $4 million / year - $50,000 per year to the average dairy farmer ( 78 pool participants). Please see calculation on attached

chart and described in paragraph 5. Affiliates of Shamrock Foods are dairy farmers and they are adversely affected. Moreover, Shamrock must purchase milk from the other dairy farmers who lose money as a result of the present situation. As their losses mount, basic economics suggests that we, as regulated processors, pay more through negotiated premiums above the required minimum prices.

5. In the normal course of business, I regularly review and evaluate the minimum raw milk prices that both my competitors and I must pay. I also review and have reviewed what my largest competitor should be paying if he were on a level playing field with all the other market participants who are regulated. I attach an Excel spreadsheet showing my analysis of the costs saved by that entity by not paying minimum prices back to 1999 at different volume levels. As stated earlier, my professional estimate of that operation's present volume is that it exceeds 2,000,000 gallons per month (17.4 million pounds). I base this estimate upon my knowledge of the competitive marketplace, volumes that Shamrock has lost to our under-regulated competitor, other volumes that have shifted to and from Shamrock, and the fact that as a secondary supplier to some of these customers and as someone constantly offering to sell the other customers milk, I know from being in the stores and from discussions with my customers, the volumes sold by all my competitors. The spreadsheet shows the announced differences in the Class I (bottled milk) price and blend price paid to dairy farmers.[1] At the 17,400,000 pound level that I estimate is the minimum today processed by my competitor, the loss to the equalization fund (pool) and the amount that my competitor enjoys as a competitive advantage over Shamrock in the marketplace has ranged from $3.7 to $4.3 million per year for the years 1999-2004. So far this year through September, that loss already stands at $3.3 million.

6. Shamrock cannot continue to do business against an unregulated competitor that starts the day with an advantage of this magnitude – this is the basis for my conclusion that our competitor starts with a cost advantage that results in it being able to go to customers with a price advantage of 6-8 cents per gallon. If after all these years of "playing by the rules" to obtain regulatory relief, this Court were to grant an injunction, that injunction would result in severe harm and business dislocations that cannot be recovered. We would have to consider, at great unrecoverable cost, whether or not to restructure in order to take advantage of the same regulatory loophole now enjoyed by our competition.

7. If USDA continues to exempt producer-handlers from pricing and pooling provisions, exempt entities will continue to proliferate and expand in order to capitalize on the lower costs involved. This is not the 1930's when regulation began, with highly fragmented markets in milk production, milk processing, and grocery retailing. Consolidation, particularly in the retail grocery channel, has changed marketplace realities and companies like Wal-Mart and Costco understand completely the competitive advantages of buying from unregulated milk entities. So also, do their competitors. Our customers are asking for us to take on producer functions and become unregulated producer-handlers so that we may sell at prices competitive with those of unregulated producer-handlers and so that they can buy on an equitable basis with their

---

[1] I have used the announced price in Phoenix, but in fact the price of raw milk at the location of the presently under-regulated competitor is 25 cents less. On the other hand, the blend price at that plant location would also be 25 cents less, so the resulting numbers ought to be correct.

competitors (who are the customers of the exempt producer-handler). Large exempt entities and a regulated environment cannot coexist.

8. The exemption of producer-handlers provides negligible benefits to the consumer. Arizona consumers have historically enjoyed milk prices as low as any market in the United States. Rather than pass the savings on to the consumer, the large Arizona exempt entity and the large grocery retailers pocket the difference. I base this observation on the results of the research done by Shamrock Foods that shows that the exempt entity moves its prices in lock step with the monthly changes in the Federal Order. Their customers enjoy a marginal advantage over their competitors who buy from (or operate themselves) a regulated processor. The benefit that ultimately gets passed through to the consumer is negligible.

9. I believe that USDA correctly found in the recent hearing (among other findings) that large, exempt Producer-Handlers are causing disorderly market conditions, and are balancing their supply (fluid milk needs and supply fluctuate on a daily and seasonal basis resulting in production of raw milk in excess of fluid needs that must nonetheless be processed, normally in Arizona into lower valued non-fat dry milk) against the regulated producers and processors in the marketplace. The sharing of the cost of balancing the market (rather than foisting the costs onto others) is a principle purpose of federal milk orders in maintaining "orderly marketing conditions" because unequal costs in balancing by definition lead to non-uniform minimum prices received by farmers and paid by processors. Our efforts to correct this through USDA's hearing process have been interminably slow. We've spent 3 ½ years, and counting, with financial losses of over $10 million, and growing. Costco, Wal-Mart, other retailers, and substantial dairy interests are waiting for a truly final decision as to whether the dairy industry will continue to be regulated on the same unfair partially unregulated playing field we have had for the past several years or be allowed to move forward with full and fair regulation for all large producers and producer-handlers. Competitive marketplace forces dictate that the ultimate result must be equal treatment for all, and not the unfair combination of regulation and lack of regulation as has existed to this point. The simple reality is that the future existence of this regulatory program lies in the balance because we cannot spend this many years seeking relief, have it grabbed away and continue to do business as we have in the past.

10. USDA has (finally) corrected this inequity in its final rule. Any further delay (or reversal) of its ruling carries dire consequences for the entire regulated dairy industry.

11. In order for our business to compete and succeed, we need a level playing field now. The Proposed Rule provides that level playing field.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27 day of December 2005.

Michael Krueger

# VALUE DIFFERENCE BETWEEN CLASS I AND BLEND AT VARIOUS VOLUMES

| Year | | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2005** | CLASS I PRICE | $ 19.00 | $ 16.14 | $ 17.78 | $ 16.48 | $ 17.15 | $ 16.24 | | | | | | | |
| | BLEND PRICE | $ 15.09 | $ 14.73 | $ 14.88 | $ 14.59 | $ 14.21 | $ 14.19 | | | | | | | |
| | DIFFERENCE/CWT | $ 3.91 | $ 1.41 | $ 2.90 | $ 1.89 | $ 2.94 | $ 2.04 | | | | | | | |
| | VALUE @ DIFFERENCE-1,500,000 GALLONS (13MM LBS.) | $ 504,390.00 | $ 181,890.00 | $ 374,100.00 | $ 243,810.00 | $ 379,260.00 | $ 229,620.00 | | | | | | | $ 2,803,170.00 |
| | VALUE @ DIFFERENCE-2,000,000 GALLONS (17.4MM LBS.) | $ 672,520.00 | $ 242,520.00 | $ 498,800.00 | $ 325,080.00 | $ 505,680.00 | $ 306,160.00 | | | | | | | $ 3,737,560.00 |
| **2004** | CLASS I PRICE | $ 14.20 | $ 13.94 | $ 14.29 | $ 15.99 | $ 22.00 | $ 23.48 | $ 20.30 | $ 16.97 | $ 16.29 | $ 17.13 | $ 16.64 | $ 16.78 | |
| | BLEND PRICE | $ 12.39 | $ 12.89 | $ 14.69 | $ 17.29 | $ 19.36 | $ 17.97 | $ 16.19 | $ 14.56 | $ 15.18 | $ 15.01 | $ 15.20 | $ 15.55 | |
| | DIFFERENCE/CWT | $ 1.81 | $ 1.05 | $ (0.40) | $ (1.30) | $ 2.64 | $ 5.51 | $ 4.11 | $ 2.41 | $ 1.11 | $ 2.12 | $ 1.44 | $ 1.23 | |
| | VALUE @ DIFFERENCE-1,500,000 GALLONS (13MM LBS.) | $ 233,490.00 | $ 135,450.00 | $ (51,600.00) | $ (167,700.00) | $ 340,560.00 | $ 710,790.00 | $ 530,190.00 | $ 310,890.00 | $ 143,190.00 | $ 273,480.00 | $ 185,760.00 | $ 159,670.00 | $ 2,862,510.00 |
| | VALUE @ DIFFERENCE-2,000,000 GALLONS (17.4MM LBS.) | $ 311,320.00 | $ 180,600.00 | $ (68,800.00) | $ (223,600.00) | $ 454,080.00 | $ 947,720.00 | $ 706,920.00 | $ 414,520.00 | $ 190,920.00 | $ 364,640.00 | $ 247,680.00 | $ 211,560.00 | $ 3,816,680.00 |
| **2003** | CLASS I PRICE | $ 12.91 | $ 12.58 | $ 13.97 | $ 12.16 | $ 11.99 | $ 13.61 | $ 12.06 | $ 12.12 | $ 12.83 | $ 12.81 | $ 12.50 | $ 12.87 | |
| | BLEND PRICE | $ 10.97 | $ 10.63 | $ 11.91 | $ 10.29 | $ 10.34 | $ 11.51 | $ 10.45 | $ 10.87 | $ 11.04 | $ 11.03 | $ 11.38 | $ 11.07 | |
| | DIFFERENCE/CWT | $ 1.94 | $ 1.95 | $ 2.06 | $ 1.87 | $ 1.65 | $ 2.10 | $ 1.61 | $ 1.25 | $ 1.79 | $ 1.78 | $ 1.12 | $ 1.80 | |
| | VALUE @ DIFFERENCE-1,500,000 GALLONS (13MM LBS.) | $ 250,260.00 | $ 251,550.00 | $ 265,740.00 | $ 241,230.00 | $ 212,850.00 | $ 270,900.00 | $ 207,690.00 | $ 161,230.00 | $ 230,910.00 | $ 229,620.00 | $ 144,480.00 | $ 232,200.00 | $ 2,848,610.00 |
| | VALUE @ DIFFERENCE-2,000,000 GALLONS (17.4MM LBS.) | $ 333,680.00 | $ 335,400.00 | $ 354,320.00 | $ 321,640.00 | $ 283,800.00 | $ 361,200.00 | $ 276,920.00 | $ 214,960.00 | $ 307,880.00 | $ 306,160.00 | $ 192,640.00 | $ 309,600.00 | $ 3,799,480.00 |
| **2002** | CLASS I PRICE | $ 14.31 | $ 14.30 | $ 15.00 | $ 13.82 | $ 13.61 | $ 13.38 | $ 12.97 | $ 12.83 | $ 12.81 | $ 12.50 | $ 12.95 | $ 12.87 | |
| | BLEND PRICE | $ 12.81 | $ 12.46 | $ 11.91 | $ 11.79 | $ 11.51 | $ 11.22 | $ 10.87 | $ 11.04 | $ 11.03 | $ 11.38 | $ 11.14 | $ 11.07 | |
| | DIFFERENCE/CWT | $ 1.50 | $ 1.84 | $ 2.08 | $ 2.03 | $ 2.10 | $ 2.16 | $ 2.10 | $ 1.79 | $ 1.78 | $ 1.12 | $ 1.81 | $ 1.80 | |
| | VALUE @ DIFFERENCE-1,500,000 GALLONS (13MM LBS.) | $ 193,500.00 | $ 237,360.00 | $ 265,740.00 | $ 261,870.00 | $ 270,900.00 | $ 278,640.00 | $ 270,900.00 | $ 230,910.00 | $ 229,620.00 | $ 144,480.00 | $ 233,490.00 | $ 232,200.00 | $ 2,849,610.00 |
| | VALUE @ DIFFERENCE-2,000,000 GALLONS (17.4MM LBS.) | $ 258,000.00 | $ 316,480.00 | $ 354,320.00 | $ 349,160.00 | $ 361,200.00 | $ 371,520.00 | $ 361,200.00 | $ 307,880.00 | $ 306,160.00 | $ 192,640.00 | $ 311,320.00 | $ 309,600.00 | $ 3,799,480.00 |
| **2001** | CLASS I PRICE | $ 16.34 | $ 14.29 | $ 15.00 | $ 15.79 | $ 16.56 | $ 17.34 | $ 17.69 | $ 17.75 | $ 17.91 | $ 18.28 | $ 18.11 | $ 14.33 | |
| | BLEND PRICE | $ 12.37 | $ 12.48 | $ 13.31 | $ 14.07 | $ 15.11 | $ 15.88 | $ 16.08 | $ 16.39 | $ 16.70 | $ 15.01 | $ 13.73 | $ 12.71 | |
| | DIFFERENCE/CWT | $ 3.97 | $ 1.81 | $ 1.69 | $ 1.72 | $ 1.45 | $ 1.46 | $ 1.61 | $ 1.36 | $ 1.21 | $ 3.27 | $ 4.38 | $ 1.62 | |
| | VALUE @ DIFFERENCE-1,500,000 GALLONS (13MM LBS.) | $ 512,130.00 | $ 233,490.00 | $ 218,010.00 | $ 221,880.00 | $ 187,050.00 | $ 188,340.00 | $ 207,690.00 | $ 175,440.00 | $ 156,090.00 | $ 421,830.00 | $ 565,020.00 | $ 208,980.00 | $ 3,295,950.00 |
| | VALUE @ DIFFERENCE-2,000,000 GALLONS (17.4MM LBS.) | $ 682,840.00 | $ 311,320.00 | $ 290,680.00 | $ 295,840.00 | $ 249,400.00 | $ 251,120.00 | $ 276,920.00 | $ 233,920.00 | $ 208,120.00 | $ 562,440.00 | $ 763,360.00 | $ 278,640.00 | $ 4,396,600.00 |
| **2000** | CLASS I PRICE | $ 13.25 | $ 13.06 | $ 13.19 | $ 13.28 | $ 13.83 | $ 14.05 | $ 14.81 | $ 14.30 | $ 14.19 | $ 14.24 | $ 14.17 | $ 14.48 | |
| | BLEND PRICE | $ 11.25 | $ 11.09 | $ 11.28 | $ 11.44 | $ 11.79 | $ 12.10 | $ 12.32 | $ 12.20 | $ 12.32 | $ 11.99 | $ 11.84 | $ 12.40 | |
| | DIFFERENCE/CWT | $ 2.00 | $ 1.97 | $ 1.91 | $ 1.84 | $ 2.04 | $ 1.95 | $ 2.49 | $ 2.10 | $ 1.87 | $ 2.25 | $ 2.33 | $ 2.08 | |
| | VALUE @ DIFFERENCE-1,500,000 GALLONS (13MM LBS.) | $ 258,000.00 | $ 254,130.00 | $ 246,390.00 | $ 237,360.00 | $ 263,160.00 | $ 251,550.00 | $ 321,210.00 | $ 270,900.00 | $ 241,230.00 | $ 290,250.00 | $ 300,570.00 | $ 263,320.00 | $ 3,203,070.00 |
| | VALUE @ DIFFERENCE-2,000,000 GALLONS (17.4MM LBS.) | $ 344,000.00 | $ 338,840.00 | $ 328,520.00 | $ 316,480.00 | $ 350,880.00 | $ 335,400.00 | $ 428,280.00 | $ 361,200.00 | $ 321,640.00 | $ 387,000.00 | $ 400,760.00 | $ 357,760.00 | $ 4,270,760.00 |
| **1999** | CLASS I PRICE | | $ 19.86 | $ 18.79 | $ 12.79 | $ 14.14 | $ 14.33 | $ 13.78 | $ 14.81 | $ 16.11 | $ 18.31 | $ 18.78 | $ 14.01 | |
| | BLEND PRICE | | $ 14.62 | $ 14.38 | $ 11.83 | $ 12.21 | $ 12.87 | $ 13.35 | $ 14.28 | $ 15.29 | $ 14.30 | $ 13.85 | $ 11.34 | |
| | DIFFERENCE/CWT | | $ 5.24 | $ 4.41 | $ 0.96 | $ 1.93 | $ 1.46 | $ 0.43 | $ (0.34) | $ 0.82 | $ 4.01 | $ 4.93 | $ 2.67 | |
| | VALUE @ DIFFERENCE-1,500,000 GALLONS (13MM LBS.) | | $ 675,960.00 | $ 568,890.00 | $ 123,840.00 | $ 248,970.00 | $ 188,340.00 | $ 55,470.00 | $ (43,860.00) | $ 105,780.00 | $ 517,290.00 | $ 635,970.00 | $ 344,430.00 | $ 3,756,480.00 |
| | VALUE @ DIFFERENCE-2,000,000 GALLONS (17.4MM LBS.) | | $ 901,280.00 | $ 758,520.00 | $ 165,120.00 | $ 331,960.00 | $ 251,120.00 | $ 73,960.00 | $ (58,480.00) | $ 141,040.00 | $ 689,720.00 | $ 847,960.00 | $ 459,240.00 | $ 5,008,640.00 |