UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EDALEEN DAIRY, LLC | ) | CIVIL NO.: 05-CV-2442 PLF |
| MALLORIE'S DAIRY, INC. and | ) | |
| SMITH BROTHERS FARMS, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | |
| MIKE JOHANNS, | ) | |
| SECRETARY OF AGRICULTURE, | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| AGRICULTURE | ) | |
| Defendant. | ) | |

## DECLARATION OF JAMES R. MCMULLEN

My name is James R. McMullen, and I am the President and Chief Executive Officer of Tillamook County Creamery Association ("TCCA"). This Declaration is filed on behalf of TCCA, an agricultural milk marketing cooperative located at 4185 Hwy 10 N. in Tillamook Oregon. I am authorized to file this Declaration on behalf of TCCA. This Declaration is based upon my personal knowledge and belief and is provided in support of Interveners' Opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction and for Expedited Hearing.

1. TCCA is an agricultural milk marketing cooperative incorporated in Oregon. It has members in Oregon and Washington.

2. TCCA's membership in Washington and Oregon consists of approximately 144 producers, averaging 190 dairy cows per dairy farm, who produce approximately 1% of the milk in Washington and 40 % of the milk in Oregon.

3. TCCA, which does business as Tillamook Cheese, owns and operates two manufacturing plants in the state of Oregon. These facilities operate 24 hours per day, seven days per week, producing cheese, ice cream, and whey products. We also assist in the balancing of milk in Oregon.

4. TCCA provides field and headquarters staff support for its members. With a workforce of approximately 560 full-time employees, it offers its members transportation services, feed supply services, market information and quality control advice.

5. If the Proposed Rule is adopted, large commercial producer-handlers, like their regulated competitors, will be required to contribute to the equalization fund at a rate that is the difference between the announced classified price for their milk as used and the minimum uniform price paid to all dairy farmers.

6. Because this will result in more funds in the equalization fund and because the funds in the equalization fund are distributed to dairy farmers, members of TCCA will receive additional funds each month. If the Proposed Rule is not adopted, TCCA members will lose these additional earnings.

7. Unlike the large producer-handlers in the Pacific Northwest market (representing according to USDA nearly 10 percent of the total fluid market in the Pacific Northwest (70 Fed. Reg. at 74186, c. 1 (December 14, 2005)), TCCA's members include small businesses as USDA defines that term for dairy farmers (using the 500,000 pounds per month guideline). If this Court were to enjoin this rule, our members would lose money monthly as a result of certain producer handlers not contributing to the equalization fund, and these small businesses would be deprived of this much needed income to fund their operations. Once lost, this income will not be recoverable. Should this Court grant an injunction and then defendants prevail in this litigation, we will not be able to receive these lost dollars for any month that any injunction was in place.

8. TCCA has 144 dairy farms in Washington and Oregon, the farms in those two states average approximately 340,000 pounds per month, and thus the total loss to our cooperative from those two states should the rule be enjoined would be from $ 216,000 (144 producers x $1,500) to $ 432,000(144 0f producers x $3,000) annually. These are huge numbers that affect our continued ability to provide the full range of services to our members and others discussed above

9. To the best of my knowledge, information and belief, none of our dairy farmer members in Washington and Oregon are about the same size as or exceed in size the size of the smallest (5.5 million pounds annually) of the three plaintiffs.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of December 2005.

_[signature]_

_____

James R. McMullen