UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC<br>MALLORIE'S DAIRY, INC. and<br>SMITH BROTHERS FARMS, INC.<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br>UNITED STATES DEPARTMENT OF<br>AGRICULTURE<br>　　　　　　Defendant. | CIVIL NO.: 05-CV-2442 PLF |

## DECLARATION OF KEITH MURFIELD

My name is Keith Murfield, and I am the General Manager of United Dairymen of Arizona ("UDA"). This Declaration is filed on behalf of UDA, an agricultural milk marketing cooperative located at 2008 S. Hardy, Tempe, AZ 85285-6877. I am authorized to file this Declaration on behalf of UDA. This Declaration is based upon my personal knowledge and belief and is provided in support of Intervenors' Opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction and for Expedited Hearing.

1.  UDA is an agricultural milk marketing cooperative incorporated in 1960. It is the only dairy cooperative based in Arizona.

2.  UDA's membership consists of approximately 76 producers, averaging 1,200 dairy cows per dairy farm, who produce approximately 90% of the milk in Arizona.

3.  UDA's manufacturing facility in Tempe operates 24 hours a day, seven days a week, and produces a variety of nonfat dry milk products to customers' specifications, milk protein concentrate, cream, butter, skim milk, condensed skim milk, and lactose powder. The coop also supplies product for an on-site cheese manufacturer. UDA's plant can process 10 million pounds of milk per day, and regularly acts as a balancing plant for other processors in the region.

4.  UDA is among the few remaining full service dairy co-ops in the country. With a workforce of approximately 200 full-time employees, it offers its members installation, emergency repair, preventive maintenance, and transportation services along with chemical, equipment, and pharmaceutical supplies.

5.  If the Proposed Rule is adopted, large commercial producer-handlers, like their regulated competitors, will be required to contribute to the equalization fund at a rate that is the difference between the announced classified price for their milk as used and the minimum uniform price paid to all dairy farmers.

6.  Because this will result in more funds in the equalization fund and because the funds in the equalization fund are distributed to dairy farmers, members of UDA will receive additional funds each month. If the Proposed Rule is not adopted, UDA members will lose these additional earnings.

7.  Unlike the very large producer-handler in the Arizona market (representing according to USDA between 12-18 percent of the total fluid market in Arizona (70 Fed. Reg. at 74186, c. 1 (December 14, 2005)), UDA's members include 12 small businesses as USDA defines that term for dairy farmers (using the 500,000 pounds per month guideline). Their total monthly losses as a result of certain producer handlers not contributing to the equalization fund have been $2,400 - $3,600 and if this Court were to enjoin this rule, these small businesses would be deprived of this much needed income to fund their operations. Once lost, this income will not be recoverable. Should this Court grant an injunction and then defendants prevail in this litigation, we will not be able to receive these lost dollars for any month that any injunction was in place.

8.  With 1,200 dairy cows on average, our 76 farms average approximately 2,250,000 pounds per month, and thus the total loss to our cooperative should the rule be enjoined would be from $820,000 to $1,230,000 annually based upon USDA's conservative analysis from the hearing record in 2003 and early 2004. Our estimate of losses is based upon the difference between the blend price and the Class I price and our estimates of the local producer-handler's volumes. We have concluded that the losses are in the range of $3.5 to $5 million annually. Similarly the losses to our small members based upon our estimates is in the $10,000 - $14,000 range monthly. These are huge numbers that affect our continued ability to provide the full range of services to our members and others discussed above.

9.  To the best of my knowledge, information and belief, not one of our dairy farmer members approaches in size the size of the total farms owned by the producer-handler operating in the Arizona market.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27 day of December 2005.

*Keith Murfield*
Keith Murfield