UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC ) <br> MALLORIE'S DAIRY, INC. and ) <br> SMITH BROTHERS FARMS, INC. ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> MIKE JOHANNS, ) <br> SECRETARY OF AGRICULTURE, ) <br> UNITED STATES DEPARTMENT OF ) <br> AGRICULTURE, ET AL. ) <br> ) <br> Defendants. ) | CIVIL NO.: 05-CV-2442 PLF |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

This matter comes before the Court on the motion of Plaintiffs Edaleen Dairy, LLC, Mallorie's Dairy, Inc. and Smith Brother's Farms, Inc. for temporary restraining order and/or preliminary injunction of the Proposed Rule of the Secretary of Agriculture found at 70 Fed. Reg. 74,166 (December 14, 2005).

Having considered Plaintiffs' motion and supporting papers and the oppositions of Defendant and Defendant-Intervenors; it is hereby

ORDERED that Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction is hereby DENIED.

DATED this _____ day of _____, 2005.

_____
Paul L. Friedman
U.S. District Court Judge

DC #209383 v1