UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDALEEN DAIRY, LLC;           )
MALLORIE'S DAIRY, INC.         )
SMITH BROTHERS FARMS, INC.     )
         Plaintiffs            )
    vs.                        )
                               ) CIVIL ACTION NO. 05 CV 2442 (PLF)
                               )
MIKE JOHANNS, SECRETARY        )
UNITED STATES DEPARTMENT OF    )
AGRICULTURE                    )
         Defendant             )

### [PROPOSED] ORDER GRANTING INTERVENTION

The Motion to Intervene of Dairy Farmers of America, Inc. (DFA) having come before the Court; and

IT APPEARING TO THIS COURT that Movant's application was timely; and

IT FURTHER APPEARING TO THIS COURT that Movant claims an interest relating to the property or transaction which is the subject of the action; and

IT FURTHER APPEARING TO THE COURT that Movant is so situated that the disposition of the action may as a practical matter impair or impede its ability to protect that interest; and

IT FURTHER APPEARING TO THE COURT that the Movant is not adequately represented by existing parties; it is hereby

ORDERED as follows:

(1) That the Motion to Intervene is GRANTED; and

(2) That the Answer attached to the Motion to Intervene as Exhibit A is deemed filed as of today.

Entered this _____ day of _____, 2005

                                                _____
                                                United States District Judge
                                                For the District of Columbia