## CERTIFICATE OF SERVICE

On this 23rd day of December, 2005, I, Sara Pikofsky, hereby certify that I caused true and correct copies of the Motion to Intervene and supporting documents on behalf of Northwest Dairy Association, West Farm Foods, Inc., Farmers Cooperative Creamery and Tillamook County Creamery Association to be served by electronic and prepaid first class mail to the following parties:

| | |
|---|---|
| Benjamin F. Yale, Esq.<br>Yale & Associates<br>102 West Wapakoneta St.<br>Waynesfield, OH 45896 | Email: benyale@cs.com |
| Rupa Bhattacharyya, Esq.<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W.<br>Room 7338<br>Washington, D.C. 20530 | Email: rupa.bhattacharyya@usdoj.gov |
| James Gilligan, Esq.<br>U.S. Department of Justice<br>20 Massachusetts Avenue, N.W.<br>Room 7338<br>Washington, D.C. 20530 | Email: james.gilligan@usdoj.gov |
| Garrett B. Stevens, Esq.<br>United States Department of Agriculture<br> Office of the General Counsel<br>1400 Independence Avenue, S.W.<br>Room 2343-South Building<br>Washington, D.C. 20250-1417 | Email: garrett.stevens@usda.gov |

/s/Sara Pikofsky_____
Sara Pikofsky

DC #209282 v1