UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC )<br>MALLORIE'S DAIRY, INC. and )<br>SMITH BROTHERS FARMS, INC. )<br>                                            )<br>         Plaintiffs,       )<br>   vs.                          )<br>                                            )<br>MIKE JOHANNS,               )<br>SECRETARY OF AGRICULTURE, )<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE, ET AL.         )<br>                                            )<br>         Defendants.       ) | CIVIL NO.: 05-CV-2442 PLF |

**NOTICE REGARDING OPPOSITION OF DEFENDANT-INTERVENORS UNITED DAIRYMEN OF ARIZONA, ET AL. TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

Defendant-Intervenors United Dairymen of Arizona, et al., filed their Opposition to Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction by the Court's deadline of Wednesday, December 28, 2005, at 10:00 a.m. As of this morning, only certain (United Dairymen of Arizona, Shamrock Foods Company, Shamrock Farms, Parker Farms and Dean Foods Company) of Defendant-Intervenors were listed as such in the Court's docket – an issue that has since been corrected.

While the docket sheet available through ECF and Pacer currently shows today's filing on behalf of all Defendant-Intervenors, the notice that the parties received earlier today indicates that the filing was only on behalf of United Dairymen of Arizona, Shamrock Foods Company, Shamrock Farms, Parker Farms and Dean Foods. See Docket Entry No. 21. Because the court docketing system does not provide parties with notices of corrections to the docket, Defendant-Intervenors provide the parties with this notice that the Opposition of Defendant-Intervenors United Dairymen of Arizona, et al., to Plaintiffs' Motion for Temporary Restraining Order

2

and/or Preliminary Injunction was filed by <u>all</u> Defendant-Intervenors, including Northwest Dairy Association, West Farm Foods, Inc., Farmers Cooperative Creamery and Tillamook County Creamery Association.

                                            Respectfully submitted,

                                            /s/ Charles M. English, Jr.
                                            Charles M. English, Jr.
                                            D.C. Bar No.:  386572
                                            Sara Pikofsky
                                            D.C. Bar No.:  485948
                                            Thelen Reid & Priest LLP
                                            701 8th Street NW
                                            Washington, DC  20001
                                            Telephone:   202.508.4000

December 28, 2005                         *Attorneys for Defendant-Intervenors*
                                            *United Dairymen of Arizona, et al.*