UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC ) | |
| MALLORIE'S DAIRY, INC., and ) | |
| SMITH BROTHERS FARMS, INC ) | |
| ) | |
| ) | CIVIL CASE NO. 05-CV-2442 (PLF) |
| --PLAINTIFFS, ) | |
| ) | |
| VS. ) | |
| ) | |
| MIKE JOHANNS, ) | |
| SECRETARY OF AGRICULTURE, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| AGRICULTURE ) | |
| ) | |
| --DEFENDANT. ) | |

## NOTICE OF APPEARANCE

Attorney Kristine H. Reed of Yale Law Office, LP hereby enters her appearance for the

Plaintiffs, Edaleen Dairy LLC, Mallorie's Dairy, Inc., and Smith Brothers Farms, Inc.

Respectfully submitted,

/s/ Kristine H. Reed
KRISTINE H. REED (DC Dist. Bar No. OH0007)
Yale Law Office, LP
527 North Westminister St.
P.O. Box 100
Waynesfield, Ohio 45896
419-568-5751
Fax: 419-568-6413
kristine@yalelawoffice.com
ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

The following counsel have been served this Notice of Appearance via the Court's ECF system upon filing on December 29, 2005:

Rupa Bhattacharyya
U.S. DEPARTMENT OF JUSTICE
Counsel for Defendant, Mike Johanns

Marvin Beshore
LAW OFFICES OF MARVIN BESHORE
Counsel for Intervenor, Dairy Farmers of America

Charles Morton English, Jr.
THELEN REID & PRIEST, LLP
Counsel for Intervenors, United Dairymen of Arizona, et al.

/S/ Kristine H. Reed