UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EDALEEN DAIRY, LLC, <u>et al.</u>,        )
                                    )
    Plaintiffs,                     )
                                    )
  v.                                )    Civil Action No. 05-2442 (PLF)
                                    )
MIKE JOHANNS,                       )
  SECRETARY, UNITED STATES         )
  DEPARTMENT OF AGRICULTURE, <u>et al.</u>, )
                                    )
    Defendants.                     )
_____)

## ORDER

        Plaintiffs filed their complaint for injunctive relief and motion for a temporary restraining order or preliminary injunction on December 21, 2005. The Court set an expedited briefing schedule, and granted defendant-intervenors' motions to intervene. On December 28, defendant and defendant-intervenors filed briefs in opposition to plaintiffs' motion. Argument on the motion was heard on December 29, 2005.[1]

        Upon full consideration of the parties' briefs, the arguments made in court, the relevant statutes, regulations and case law, and the standards for preliminary injunction applicable in this Circuit, and for the reasons stated in open court, it is hereby

---

[1] The parties agreed at oral argument that plaintiffs' motion should be treated as one for a preliminary injunction.

ORDERED that [2] plaintiffs' motion for preliminary injunction is DENIED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 30, 2005