UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDALEEN DAIRY, LLC, et al.,** | ) | |
| | ) | Civil Case NO. 05-CV-2442 PLF |
| --PLAINTIFFS, | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| **MIKE JOHANNS,** | ) | |
| **SECRETARY OF AGRICULTURE,** | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **AGRICULTURE** | ) | |
| | ) | |
| --DEFENDANT. | ) | |

## NOTICE OF FILING REDACTED DECLARATIONS

Pursuant to this Court's minute Order of December 28, 2005, Plaintiffs hereby submit the redacted Declarations of Richard Mallorie, Teresa Kilgus, Scott Highland, and Duane Brandsma. Pursuant to this Court's Order, the Declarations have been redacted only to protect confidential business information. Observations and non-confidential information have not been redacted.

Respectfully submitted,

/s/ Ryan K. Miltner
BENJAMIN F. YALE (DC Dist. Bar No. OH0008)
KRISTINE H. REED (DC Dist. Bar No. OH0007)
RYAN K. MILTNER (DC Dist. Bar No. OH0006)
Yale Law Office, LP
527 North Westminister St.
P.O. Box 100
Waynesfield, Ohio 45896
419-568-5751
Fax:  419-568-6413
ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice and the attached redacted declarations have been served on the persons listed below either through the Court's ECF system this 10th day of January 2006.

Rupa Bhattacharyya
United States Department of Justice
Counsel for Defendant, Mike Johanns
rupa.bhattacharyya@usdoj.gov

Charles M. English, Jr.
Thelen Reid & Priest LLP
Counsel for Intervenors United Dairymen of Arizona, et al.,
cenglish@thelenreid.com

Marvin Beshore
Law Offices of Marvin Beshore
Counsel for Intervenor Dairy Farmers of America
mbeshore@mblawfirm.com

/s/ Ryan K. Miltner
Ryan K. Miltner
Attorney for Plaintiffs