UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC, et al., | ) |
| | ) |
| | ) |
| | ) CIVIL CASE NO. |
| --PLAINTIFFS, | ) |
| | ) |
| VS. | ) |
| | ) |
| MIKE JOHANNS, | ) |
| SECRETARY OF AGRICULTURE, | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE | ) |
| | ) |
| --DEFENDANT. | ) |

**DECLARATION OF RICHARD MALLORIE**

I, Richard W. Mallorie, declare as follows:

1. I am the president of Mallorie's Dairy, Inc. I am giving this declaration from my personal knowledge and belief and in support of Plaintiffs' Motion For Temporary Restraining Order and/or Preliminary Injunction and For Expedited Hearing. I am competent to testify if called upon to do so.

2. Mallorie's Dairy, Inc., is located in Silverton, Oregon.

3. Mallorie's Dairy, Inc., was started in 1954 by my father who was a veterinarian.

4. Mallorie's Dairy, Inc., has always been a producer-handler as that term is used in the current federal order regulations, 7 C.F.R. §1124.10, and predecessor regulations.

5. Mallorie's Dairy, Inc., owns the cows, milks the cows, processes the milk and distributes the milk to stores.

6. All of the shareholders of Mallorie's Dairy, Inc., are members of the Mallorie family.

7. Mallorie's Dairy, Inc., sells in excess of three million pounds of Class I milk per month in Order 124 and will be immediately and irreparably harmed if the Proposed Rule published by the USDA on December 14, 2005 to eliminate the exemption of producer handlers over three million pounds is implemented.

8. The Proposed Rule has already created a devastating financial impact on Mallorie's Dairy, Inc. The pendency and actual implementation of the rule will cause immediate harm for which we will not receive any recovery.

9. The USDA issued the Proposed Rule for comment on April 13, 2005. During the time that the Proposed Rule was under consideration by the USDA, customers, retailers and consumers became aware that Mallorie's Dairy, Inc., would either have to reduce production to fall below the three million pound cap, or make pool payments that far exceeded the dairy's net income. It was unclear to both management, customers, employees and consumers whether Mallorie's Dairy, Inc., would be able to survive if the rule was implemented.

10. Initially, Mallorie's Dairy, Inc., received tremendous support from customers, retailers, employees and consumers. More than 10,000 public comments were made to the Secretary of Agriculture in opposition to the Proposed Rule.

11. Due to the lengthy pendency of the rulemaking and the uncertain future of Mallorie's Dairy, Inc., our customers, retailers and employees began to be uncertain about the impact of the Proposed Rule on Mallorie's and the consequences to their own financial well being if the Proposed Rule was implemented.

12. During the summer of 2005, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ resigned his position. One of his reasons for his resignation was the uncertain future of his job. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13. As the delay lengthened, several of our retailers and customers began to inquire about the details of our business plan if the rule was adopted. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14. The dairy's largest customer was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was an independent distributor of Mallorie's milk. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ distributed the milk for sale to mom and pop grocers, mini marts, and businesses that were too small to receive milk deliveries from larger milk bottling plants.

15. The relationship between Mallorie's Dairy and ▮▮▮▮▮▮▮▮▮ was very positive. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ created more customer base for Mallorie's in the unserved small markets ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Page 2 - Declaration of Richard W. Mallorie

Mallorie's Dairy fully supported his decision to create his own distributing business and helped him promote his business when people would call the dairy to inquire about where they could buy Mallorie's milk. In addition, ████████████████████████████████████████████████████████████████████████████

16. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

17. The uncertainty of the future of Mallorie's Dairy was obvious ██████████████████ ███████████████████████████████████ knew that Mallorie's could not commit to continue to provide him with an uninterrupted milk supply because of the potential for the implementation of the Proposed Rule.

18. When Mallorie's was unable to provide any of its customers with firm commitments regarding the supply of milk due to the uncertainty of the implementation of the Proposed Rule, other milk suppliers became aware of it.

19. At least two other milk suppliers approached ████████████ and offered to commit to sell milk ████████████████. The other milk suppliers offered to provide ████████ with a certain amount of milk without interruption as long as ████████ agreed to buy a certain quantity of milk from the supplier. Mallorie's was unable to commit to sell a specific quantity of milk to ████████████ because of the uncertainty created by the Proposed Rule.

20. ████████████████ was willing to consider purchasing milk from other suppliers because of the need to protect its business and its own employees.

21. In addition to the certainty of supply, the other milk suppliers offered to sell ████████ milk for approximately ████████████ cheaper.

22. ████████████ was offered the opportunity to obtain a certain supply of milk at a price substantially cheaper than Mallorie's milk where the supply was uncertain due to the pending rule.

23. On or about November 22, 2005, ████████████████ informed me that they would no longer be buying its Class I bottled milk from Mallorie's Dairy, effective December 1, 2005, due to the uncertainty of the future of the dairy and the lower price offered by another milk supplier.

24. Mallorie's Dairy had eight days notice that its ████████████████████████████ ████████ would no longer be purchasing its bottled milk from Mallorie's.

Page 3 - Declaration of Richard W. Mallorie

25. Mallorie's has been desperately struggling to find a market ▬▬▬▬▬▬▬▬▬▬ As a result of its producer-handler status, Mallorie's does not have a pooled plant to which it can easily sell its milk at the blend price in a manner similar to what other producers do. Rather, if Mallorie's does not have a customer for its milk, it must sell the milk ▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬ substantially below both the Class I price and the blend price that other producers receive.

26. As noted, Mallorie's does not have a customer ▬▬▬▬▬▬▬ milk which it previously sold ▬▬▬▬▬▬ Mallorie's has been able to sell some of this milk to ▬▬▬▬▬ customers and to other dairy related industries who are friendly to Mallorie's because of their long and positive relationship with many Oregon dairy farmers. However, the uncertainty of the Proposed Rule prior to its adoption, made it impossible for Mallorie's to seek other customers because it could not make a commitment to supply them with milk. Now that the Proposed Rule has been adopted, Mallorie's is in the same uncertain position.

27. At this time, Mallorie's has milk that needs to be sold. Mallorie's cannot actively seek customers to buy the milk because Mallorie's cannot tell the customer it can supply the milk for any specific time period due to the pending implementation of the Proposed Rule.

28. Mallorie's must keep milking its cows. Mallorie's cannot change what their cows produce without negatively affecting the health and value of the cows. The only way to reduce production is by selling cows. As Mallorie's has lost its major customer due to the uncertainty associated with the Proposed Rule, and Mallorie's cannot seek customers because of the inability to commit to providing the customers with milk, Mallorie's will need to reduce the size of their cow herd.

29. If Mallorie's reduces the size of the cow herd, it will have to lay off employees. Those employees may seek other employment because of the uncertainty. If the Proposed Rule is overturned, it is unlikely that the same employees will be available and Mallorie's will be required to find and train new employees.

30. Once the size of the cow herd is reduced, if the rule is found to be invalid, then Mallorie's will have been irreparably harmed. Mallorie's cannot simply go out and replace the cows by buying them at auction. Mallorie's Dairy has a closed herd. A closed herd is a herd of cows where all cows have been born and raised at the dairy. The benefit of a closed herd is that there is less likelihood of the transmission of disease from herd to herd, the dairy knows that the cows have received good feed, veterinary care and in general the cows are in better condition. Mallorie's reputation is in part based on the closed herd benefit customers see. In addition, Mallorie's milk is rBST free. Mallorie's is confident that it can advertise rBST free milk and many consumers and retailers rely on this representation. rBST is widely used in the dairy industry. Mallorie's cannot simply replace cows with those purchased at an auction because of the uncertainty of the use of rBST of the auctioned cows.

31. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Dairies are required to have a person licensed to pasteurize milk at the plant while processing milk. ▬▬▬▬▬

Page 4 - Declaration of Richard W. Mallorie

███████████████████████████ Other processing plants would be happy to hire the people Mallorie's has trained. People licensed to pasteurize milk are very hard to replace. With the uncertainty of what sales Mallorie's will have and the hours the dairy will be able to give to employees, Mallorie's is under great pressure to provide the employees with certainty immediately, or Mallorie's will start losing the trained help in the processing plant to other milk processors. ████████████████ licenses to pasteurize milk were trained by Mallorie's and got their licenses while working for Mallorie's. Mallorie's will suffer substantial harm if they are unable to give the employees some certainty with respect to the hours they will work.

32. If the cow herd is reduced, Mallorie's will also need to change its facilities. Currently, there are different facilities for each age group of cows and young stock. The needs of cows change with the age and milk production cycle. If a substantial portion of the herd is sold because Mallorie's cannot establish a market for the milk, the facilities will also need to be revised to deal with the smaller herd size, the fewer employees to service the differing facilities and its contractual relations with those businesses that provide feed, veterinary products and milk bottling products.

33. At this time, Mallorie's is between a rock and a hard place. Mallorie's must have some certainty for the immediate future so that it can obtain customers to buy it's milk, or, Mallorie's needs to immediately downsize its herd. If the herd is downsized, the petition to the court to overturn the rule will be moot on the practical level because the harm to the farm will be so significant that the rights Mallorie's seek to protect will have evaporated.

34. Mallorie's has no viable economic options remaining in order to operate its business in the manner that it has for decades if a court will not step in and maintain the status quo so that the issue of the legal status of producer-handlers that has existed since 1937 can be more thoroughly reviewed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ____ day of December, 2005.

_____
Richard W. Mallorie, President
Mallorie's Dairy, Inc.