UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDALEEN DAIRY, LLC, et al.** | ) | |
| | ) | |
| | ) | |
| | ) | **CIVIL CASE NO.** |
| **--PLAINTIFFS,** | ) | |
| | ) | |
| **VS.** | ) | |
| | ) | |
| **MIKE JOHANNS,** | ) | |
| **SECRETARY OF AGRICULTURE,** | ) | |
| **UNITED STATES DEPARTMENT OF** | ) | |
| **AGRICULTURE** | ) | |
| | ) | |
| **--DEFENDANT.** | ) | |

**DECLARATION OF TERESA LOUISE (MALLORIE) KILGUS**

I, Teresa Louise (Mallorie) Kilgus, declare as follows:

1.    I am the Secretary of Mallorie's Dairy, Inc.  I am giving this declaration from my personal knowledge and belief and in support of Plaintiffs' Motion For Temporary Restraining Order and/or Preliminary Injunction and For Expedited Hearing.  I am competent to testify if called upon to do so.

2.    I have worked at Mallorie's Dairy since I was a kid.  In addition to serving as the secretary of the family farming corporation, I am responsible for the care of the cows at the dairy. The responsibility for caring for the cows at the dairy means that I check the health and well being of the cows twice a week, I am regularly in the cow barns with the veterinarian to see that our cows are given proper medical care, housed and fed.  I keep records on each of our cows and take care of all the issues related to the cows in general.

3.    Mallorie's Dairy, Inc., sells in excess of three million pounds of Class I milk per month in Order 124 and will be immediately and irreparably harmed if the Proposed Rule announced  by the USDA on December 14, 2005 is implemented.

4.    The USDA announcement of the Proposed Rule for producer-handlers in the proceeding  Milk in the Pacific Northwest and Arizona-Las Vegas Marketing Areas will have a  devastating financial

Page 1 - Declaration of Teresa Louise (Mallorie) Kilgus

impact on Mallorie's Dairy, Inc.  The announcement of the Proposed Rule has already started to cause immediate and irreparable harm.

5.      Every part of our farm from the birthing of a newborn calf to the delivery of milk to the store is managed by us. The size that we are and the facility that we have works for our integrated operation.  Our dairy farm has survived as a producer-handler when most others have failed because we have been able to manage efficiently.  We have not grown in size for almost 20 years. In fact, we have downsized some to give our cows more room–what is called "cow comfort"–which ends up giving us more milk per cow.

6.      Our cows produce up to five million pounds of milk per month.  In order continue to operate our dairy as a producer handler, it will cost us ███████████████████month in assessments to the producer settlement fund as a result of the Proposed Rule.  That is ████████████ year. Mallorie's net income has only averaged ████████████████ for the past ten years.  Most of that revenue was used within the corporation ███████████████████████████ ███████████████

7.      We cannot continue our dairy as a producer-handler and pay these assessments. ███████████ ████████████████████████████████████████████████████████ ██████████████████████████████████

8.      Although we will be forced to share our revenue with other producers in this marketing area, they will not be assuming any of the risks we continue to have as producer-handlers– price risk on milk sold and marketed for our use.  Without the revenue to offset that risk it will be necessary to reorganize our operations.

9.      If the new USDA rule is upheld, the best option we have to survive is to downsize our dairy herd to fit under the three million pound limit.

10.     If we downsize to be under the three million pound cap, ████████████████████████████ ███████████████████████████████████ Mallorie's can't just decrease the help proportionately.  It will take lots of management and cost to downsize effectively.  So many jobs are intertwined with each other; trucking of feed, bedding, and manure; hauling of milk; relief help; maintenance workers; cow health care; and meeting the needs of our customers.  It is not a simple matter of letting employees go.

11.     We need to know today whether there is a prospect for relief so we know what we have to do today to save our dairy for the future.  Unless we have a clear, immediate answer from this court on the motion for a temporary restraining order and an expedited hearing on the preliminary injunction, we are required to now make irrevocable changes in our farming operation to avoid paying the pool charge we don't have the money to pay.  We must act now and change to save our farm.  These changes will come at a cost that cannot be recovered from anyone if it turns out to have been unnecessary.

12.     ██████████████████████████████████████████████████
██████████████████ If the court does not maintain the status quo and prevent the immediate implementation of the Proposed Rule, we have to downsize and once we downsize there is no going back.

13.     The dairy animals have barns to fit their size and age. When a calf is young, it must be in a barn with the correct height feeders, water troughs, and stall size for that animal. Our dairy's facilities are made to fit the different sized animals we have. The size of the pen is also very important. Smaller animals must be held in smaller groups. Once calves are weaned, they are placed in a group of 10 for one month. At one month, calves are placed in a group of 40. At two months, calves are placed in a group of 80. This gradual placement in larger groups is important for cow socialization and integration into the herd. Cows have a pecking order like chickens. If cows are not socialized into the herd properly, they may not learn to compete properly and generally do not perform well. If we downsize, we have to consolidate which will mean construction costs to change the facility to fit the size of the animals. Separate pens for the breeding status of cows are also needed. Cows who are close to giving birth need more care and once the cow has given birth (which is how cows keep producing milk) they also require different care than a cow that has been milked for a couple of months.

14.     Cows like things to be routine. Construction and noise and hauling cows causes them stress. When a cow is stressed, there is a drop in the milk production of the cow. The consequences of the changes to milk production due to stress cannot be predicted. If we try to stay under the three million pound limit by changing around our facilities, we could find ourselves well below the three million pound limit due to a drop in the milk production caused by cow stress because of construction, noise, and disturbance to the cows.

15.     Our dairy operation includes two separate milking parlors on the main farm. The size of our herd keeps eight men busy, every twenty-four hours, with a full-time job milking cows. We are efficient with the facilities that we have. If we downsize our milking herd to fit under the limit, our milking parlors will not be running at capacity. We have two milking parlors at the main dairy, but neither parlor on its own can milk the cows we would need to downsize to. We would still have to operate both parlors, but one would only be used part-time. This would be very inefficient for labor and chemical costs for clean up so we would need to change one of the parlors to increase its size to fit our new herd size.

16.     Our dairy herd has had good care from the time of birth. We have carefully managed our animals to give us the optimum animal to bring into our dairy herd. Once we sell our cows, replacing them would be impossible. Cows produce milk and calves according to how they were raised. Proper growth and vaccinations from diseases, customized to our operation is essential. If you buy animals at an auction or from other farmers, you never know if they have received the necessary vaccinations, proper feed and nutrition, and obtained weight gains to maintain your herd's health and performance.

Page 3 - Declaration of Teresa Louise (Mallorie) Kilgus

17.  We are proud of our cows. Our herd has been developed over the generations through careful breeding and culling. The quality of our animals and the milk they produce comes through years and years of work that cannot be duplicated in any less time.

18.  Our dairy herd maintains a critical balance of cows getting bred, having calves, milking and then dry period before the birth of the cow's next calf and the next lactation. This balancing of the herd production cow by cow, day by day is necessary to give us a constant supply of milk at the volumes necessary to meet the needs of our customers while not producing such an excess supply as to incur costs of removing the surplus. Reaching this balance took years to obtain and cannot be readily redone.

19.  If we downsize and are then successful in our complaint against the Proposed Rule, it would be very hard to then go out and buy replacement cows to fit into our balance. It would be very difficult to find the proper number of healthy cows at the same stage in the milking and calving cycle as those which we will be required to sell.

20.  We are very concerned about bio-security of our herd. Mallorie's has a closed herd. This means that every animal in our herd is born and raised on our farm. Animals that are purchased from other farms or the auction may not have been properly vaccinated and may have been exposed to various diseases through auction yards. Medical records for cows are generally not available. If a cow came into our herd that had not been properly vaccinated or that had picked up a disease, it could reek havoc on our dairy. New strains of salmonella kill animals in a matter of days. Buying animals could also bring in Mad Cow disease, which would be the end of any sale of milk by a producer-handler like us. Cows can also carry venereal diseases that can bring pregnancy rates to a halt and cause miscarriages. Our closed herd and other bio-security procedures keep our animals free from these diseases.

21.  If we sell cows to come under the three million pound limit and are then successful in our opposition to the rule, we cannot just replace the cows for more than bio-security reasons. We are able to say that all the cows at Mallorie's have never been given the growth hormone rBST. We have created a reputation with our customers and retailers that our cows have never been given these hormones. Many customers intentionally buy our milk for this reason. If we purchase cows from other farms or from the auction, we will not be able to say that these cows have never been given this growth hormone. This will affect our ability to market our milk.

22.  Once Mallorie's has downsized to fit under the cap, replacing the employees would also be very hard to do. We are where we are today by having employees that have worked for us for a long time. These employees are responsible. They know our operation and can do their work in an efficient, reliable, and effective way. To get and keep this type of employee you need good benefits, like family medical insurance and a 401(k) retirement plan.

Page 4 - Declaration of Teresa Louise (Mallorie) Kilgus

████████████████████████████ Once these employees leave to find other jobs, it will take a long time to replace them.

23.    ███████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
██████████████████████████ This will further reduce the number of people available to care for the cows and may change our operations in ways that we have not envisioned.

24.    Mallorie's has no viable economic options remaining in order to operate its business in the manner that it has for decades if a court will not step in and maintain the status quo so that the issue of the legal status of producer-handlers that has existed since 1937 can be more thoroughly reviewed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ____ day of December, 2005.


_____
Teresa Louise (Mallorie) Kilgus, Secretary
Mallorie's Dairy, Inc.

Page 5 - Declaration of Teresa Louise (Mallorie) Kilgus