UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDALEEN DAIRY, LLC, et al.,** )<br>)<br>--PLAINTIFFS, )<br>)<br>v. )<br>)<br>**MIKE JOHANNS,** )<br>**SECRETARY OF AGRICULTURE,** )<br>**UNITED STATES DEPARTMENT OF** )<br>**AGRICULTURE** )<br>)<br>--DEFENDANT. ) | **CIVIL CASE NO.** |

**DECLARATION OF DUANE BRANDSMA**

I, Duane Brandsma, declare as follows:

1. I am one of the family member owners of Edaleen Dairy, LLC. I am giving this declaration from my personal knowledge and belief and in support of Plaintiffs' Motion For Temporary Restraining Order and/or Preliminary Injunction and For Expedited Hearing. I am competent to testify if called upon to do so.

2. Edaleen Dairy, LLC is located in Lynden, Washington.

3. Edaleen Dairy, LLC was started by my father and mother in 1975.

4. Edaleen Dairy, LLC has continuously operated as a producer-handler as that term is used in the current federal order regulations, 7 C.F.R. § 1124.10, and predecessor regulations.

5. As a producer-handler, Edaleen Dairy does not purchase its milk supply. The milk we use is produced on our own farm and bottled in our own plant.

6. Under the current terms of the federal milk order regulations, Edaleen Dairy, LLC assumes the full risk of both being the owner of our farm and the owner of our plant.

7. Edaleen Dairy, LLC, sells in excess of 3,000,000 pounds of Class I milk per month in Order 124 and will be immediately and irreparably impacted if the Proposed Rule announced by the USDA on December 14, 2005 is implemented.

8.  The USDA announcement of new regulations for producer-handlers in the proceeding Milk in the Pacific Northwest and Arizona-Las Vegas Marketing Areas will impose a severe and negative financial impact on Edaleen Dairy, LLC. The announcement of the Proposed Rule itself and its promised implementation is already causing immediate and irreparable harm.

9.  The USDA issued the proposed rule for comment on April 13, 2005. During the time that the proposed rule was under consideration by the USDA, customers, retailers and consumers became aware that Edaleen Dairy, LLC, would have to make choices to maintain profitability or preserve assets. The options included the choices between either reducing production to fall below the three million pound cap and remain a producer-handler, or become regulated and pay assessments into the pool in annual amounts that far exceeded the dairy's net income. It was unclear to management, customers, employees and consumers how and in what form Edaleen Dairy, LLC, would survive if the Proposed Rule was implemented.

10. Due to the lengthy pendency of the rulemaking and the uncertain future of Edaleen Dairy, LLC, our customers, retailers and employees began to be uncertain about the impact of the rule on Edaleen Dairy, LLC and the consequences to their own financial well being if the rule was implemented.

11. In the time that this rulemaking proceeding has been pending, other dairy handlers have approached several of the independent distributors who purchase milk from Edaleen Dairy, LLC. While it is not uncommon in the dairy industry for distributors to be approached by other suppliers, in these instances, the proposed regulation of Edaleen Dairy, LLC became a tool that other handlers would use to undermine our customers' confidence in Edaleen Dairy, LLC's ability to supply milk in the future.

12. Since the USDA announced its decision on December 9, 2005, our customers have been approached on multiple occasions by other suppliers who have touted the USDA decision as evidence of Edaleen Dairy, LLC's uncertain future. Both local retail level customers and distributors have contacted Edaleen Dairy to inquire if they would be able to continue to get milk from Edaleen. One distributor called less than ½ hour after the decision was issued to inquire after he received a phone call from another plant. The mere existence of the USDA decision places undue pressure on our business relationships that cannot be compensated.

13. Furthermore, the uncertainty of the federal rule hampers Edaleen Dairy, LLC's ability to seek other customers because the new regulations limit our ability to make a commitment to supply them with milk.

14. To maintain its current regulatory status under the new rules, Edaleen Dairy, LLC ███████ ████████████████████████████████████████████ In doing so, however, Edaleen must keep milking its cows until they are sold or otherwise removed from the farm. Cows cannot be left unmilked as it reduces the value of the cow as lactation ceases. There may be no market for

this excess milk that cannot be put into Class I products. These losses to Edaleen Dairy, LLC are neither quantifiable nor compensable.

15. ███████████████████████████████████████
Long time employees have questioned if they have a future at Edaleen Dairy. Since these jobs require specialized training and certification from the State, these types of employees are neither easy to replace or recruit. Edaleen Dairy, LLC depends heavily on our long-term, highly trained and experienced employees to produce a high quality product that consumers demand. Prospective employees do not know if they are coming into a stable employment situation and are reluctant to commit. Current employees may seek other employment because of the uncertainty. If the federal rule is overturned, it is unlikely that the same employees will be available and Edaleen will be required to find and train new employees.

16. Absent an injunction now, Edaleen Dairy, LLC will need to make rushed decisions with long term effects as to the direction it wishes to take in the future. The choices include the time consuming and complicated process of either reducing its herd size and milk production at great expense and great loss of opportunities or attempting to attain unsecured capital to grow our operation to absorb the huge economic costs associated with the new regulations. If an injunction is denied and the USDA rule is ultimately overturned, these losses could not be recovered.

17. The timeliness of decisions we need to make and the opportunities that may arise to mitigate our losses will come over a period of time. How long we do not know, but we do know that the process has begun. We cannot wait to make those decisions and enough decisions over a period of time will take us to a point of no return to our current status and operations.

18. The Proposed Rule makes it impossible for Edaleen Dairy, LLC economically to maintain its business in the manner that it has for decades if it cannot get immediate relief from the Proposed Rule. We need to have the situation remain unchanged until a final decision is had.

I declare under penalty of perjury this that the foregoing is true and correct. Executed on this <u>20th</u> day of December, 2005.

*Duane Bransdma*

Duane Bransdma, Owner and General Manager
Edaleen Dairy, LLC

Page 3 - Declaration of Duane Brandsma