UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC, ) | |
| ) | |
| MALLORIE'S DAIRY, INC., and ) | CASE NO. 1:05-CV-02442-PLF |
| ) | |
| SMITH BROTHERS FARMS, INC., ) | |
| ) | |
|     PLAINTIFFS-APPELLANTS, ) | |
| ) | **NOTICE OF APPEAL** |
| V. ) | |
| ) | |
| MIKE JOHANNS, ) | |
| SECRETARY, UNITED STATES ) | |
| DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| UNITED DAIRYMEN OF ARIZONA, ) | |
| ) | |
| PARKER FARMS, ) | |
| ) | |
| SHAMROCK FARMS, ) | |
| ) | |
| SHAMROCK FOODS COMPANY, ) | |
| ) | |
| NORTHWEST DAIRY ASSOCIATION, ) | |
| ) | |
| WEST FARM FOODS, ) | |
| ) | |
| TILLAMOOK COUNTY CREAMERY, ) | |
| ) | |
| FARMERS COOPERATIVE CREAMERY, and ) | |
| ) | |
| DAIRY FARMERS OF AMERICA ) | |
| ) | |
|     --DEFENDANTS-APPELLEES ) | |

```
THANK YOU
    CHECK TENDERED $              $255.00
              255.00
   ===== T O T A L =====
              255.00
086900    FILING FEE CIVIL
CASE # 05-2442
======NO REFUND WITHOUT RECEIPT======
DC  1-2 TAM          Receipt # 141763
01/23/06                    10:19:52 AM
          WASHINGTON D.C.
       U.S. DISTRICT COURT
```

Notice is hereby given that all plaintiffs hereby appeal to the United States Court of Appeals for the District of Columbia from the appealable order entered in this action on the 29th day of December 2005, denying Plaintiffs' Motion for a Temporary Restraining Order or Preliminary Injunction.

Respectfully submitted,

BENJAMIN F. YALE, (D.C. Dist. Ct. OH0008)
KRISTINE H. REED (D.C. Dist. Ct. OH0007)
RYAN K. MILTNER (D.C. Dist. Ct. OH0006)
Yale Law Office, LP
527 North Westminster Street
P.O. Box 100
Waynesfield, Ohio 45896
419-568-5751
Fax 419-568-6413
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2006, I mailed a copy of this Notice of Appeal to the following counsel via ordinary United States Mail Service, postage prepaid:

Rupa Bhattacharyya
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Avenue, NW
Washington, DC 20530

Counsel for Defendant/Appellee, Mike Johanns

Charles Morton English, Jr.
Thelen, Reid, & Priest, LLP
701 Eighth Street, NW
Washington, DC 20001

Counsel for Intervenor-Defendants/Appellees United Dairymen of Arizona, Shamrock Foods Company, Shamrock Farms, Parker Farms, Dean Foods Company, Northwest Dairy Association, West Farm Foods, Inc., Farmers Cooperative Creamery, Tillamook County Creamery Association

Marvin Beshore
130 State Street
Box 946
Harrisburg, PA 17108-0946

Counsel for Intervenor-Defendant/Appellee, Dairy Farmers of America, Inc.

RYAN K. MILTNER