UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC,<br>MALLORIE'S DAIRY, INC., and<br>SMITH BROTHERS FARMS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MIKE JOHANNS, SECRETARY OF<br>AGRTICULTURE, and the UNITED STATES<br>DEPARTMENT OF AGRICULTURE,<br><br>    Defendants. | )<br>)<br>)<br>)  Civil No. 05-CV-2442 PLF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER

The Court, having fully considered Defendants' Unopposed Motion to Stay Further Proceedings Pending Resolution of Plaintiff's Interlocutory Appeal, and finding that motion to be well-taken, hereby ORDERS that this matter is stayed pending the resolution of plaintiff's interlocutory appeal to the Court of Appeals for the District of Columbia Circuit. Defendants shall make any necessary appropriate filing within 60 days of the date on which the Court of Appeals finally resolves that appeal in the form of the issuance of a mandate.

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE.