UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDALEEN DAIRY, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2442 (PLF) |
| ) | |
| MIKE JOHANNS, ) | |
| SECRETARY, UNITED STATES ) | |
| DEPARTMENT OF AGRICULTURE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

Plaintiffs filed their complaint for injunctive relief and motion for a temporary restraining order or preliminary injunction on December 21, 2005. The Court set an expedited briefing schedule, and granted defendant-intervenors' motions to intervene. On December 28, defendant and defendant-intervenors filed briefs in opposition to plaintiffs' motion. Argument on the motion was heard on December 29, 2005, at which time the Court denied the motion for the reasons given in open court.[1]

Plaintiffs subsequently filed a notice of interlocutory appeal on January 20, 2006, and the case was stayed pending the outcome of the appeal before the United States Court of Appeals for the District of Columbia Circuit. The Court of Appeals issued its Opinion on that appeal on October 31, 2006, and without reaching the question of whether plaintiffs were entitled to preliminary injunctive relief, held that plaintiffs failed to exhaust their administrative remedies

---

[1] The parties agreed at oral argument that plaintiffs' motion should be treated as one for a preliminary injunction.

as required by the Agricultural Marketing Agreement Act of 1937, 7 U.S.C. §§ 601-674 (2000). See Edaleen Dairy, LLC v. Johanns, 467 F.3d 778, 785 (D.C. Cir. 2006).[2]  The Court of Appeals has remanded this case with instructions to dismiss the complaint, the mandate for which issued on February 6, 2007.  Accordingly, it is hereby

       ORDERED that for the reasons stated in the October 31, 2006 Court of Appeals Opinion in this case, the complaint is DISMISSED;  and it is

       FURTHER ORDERED that this case is DISMISSED from the docket of this Court, and it is

       FURTHER ORDERED that this Order shall constitute a FINAL JUDGMENT in this case.  This is a final appealable order.  See Rule 4(a), Fed. R. App. P.


       SO ORDERED.


       _____/s/_____
       PAUL L. FRIEDMAN
       United States District Judge

DATE:  February 26, 2007

---

[2]    The caption of the case before the Court of Appeals and the facts as written indicate that while all three plaintiffs filed a notice of interlocutory appeal, at the time that it was decided, only one appellant -- Edaleen Dairy, LLC -- remained.  This Court has received no formal notification from the other two named plaintiffs -- Mallorie's Dairy, Inc. and Smith Brothers Farms, Inc. -- that they have withdrawn from the case, and therefore will treat this Opinion as applying to all three plaintiffs.