# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5010**  **September Term, 2006**

EDALEEN DAIRY, LLC,
  APPELLANT

v.

MICHAEL JOHANNS, SECRETARY, UNITED STATES DEPARTMENT OF AGRICULTURE, ET AL.,
  APPELLEES

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  OCT 31 2006

CLERK

---

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02442)

---

Before: SENTELLE, ROGERS and GARLAND, *Circuit Judges.*

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby remanded to the district court with instructions to dismiss the complaint, in accordance with the opinion of the court filed herein this date.

Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED:
BY:                , Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:
Michael C. McGrail
Deputy Clerk

Date: October 31, 2006

Opinion for the court filed by Circuit Judge Sentelle.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk